**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :     Criminal No.: 0 6 - 4 3 4 - M - 0 1

      : 

     v.                : 

      :     **UNDER SEAL**

FARZAD DARUI,          : 

      : 

    Defendant.        : 

**FILED**

**OCT 1 2 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Government's Motion to Seal the accompanying the accompanying Affidavit in Support of an Arrest Warrant, this Motion to Seal, and this Court's Order sealing the aforesaid documents, and the representations therein, it is this _____ OCT 12 2006 day of October 2006,

     **ORDERED**, that the government's Motion and Request is **GRANTED**; and it is

     **FURTHER ORDERED**, that the Motion and Request, and this Order, shall be placed under seal.

_____

MAGISTRATE JUDGE
United States District Court Judge
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Copies to:

Ronald W. Sharpe
Assistant United States Attorney
555 Fourth Street, N.W.
Room 5828
Washington, D.C. 20530