AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

FARZAD DARUI

**FILED**
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNDER SEAL

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 434 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   FARZAD DARUI
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devising and participating in a scheme to defraud and to obtain money and property through materially false representations, pretenses and promises, and for the purpose of executing said scheme and attempting to do so, causing to be sent, delivered and moved by United States Postal Service, mail matter including monthly bank statements and returned or cancelled checks,

in violation of Title __18__ United States Code, Section(s) § 1341

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __HWDB__

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

OCT 12 2006   District of Columbia
Date and Location

by _[signature]_
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-13-06 | Baldwin / SDUSM for arresting officer of MPD | Baldwin DUSM |
| DATE OF ARREST | | |
| 10-13-06 | | |