AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court    FILED

_____ DISTRICT OF _____

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Farzhad Darui

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-434 M

I, __FARZHAD DARUI__, charged in a (complaint) (petition) pending in this District with __MAIL FRAUD__ in violation of Title __18__, U.S.C., __1341__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

10-13-06
Date

_____
Counsel for Defendant