UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that attorney Aaron S. Book, District of Columbia Bar No. 490815, enters his appearance as co-counsel for defendant Farzad Darui.

By: _/s/ A.S.B._

Aaron S. Book (DC Bar No. 490815)
Webster Book LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
abook@websterbook.com

-2-

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Aaron S. Book