U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED
JUN 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
JUN 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

FARRAD DARUI, : Case No. 07-149 (RCL)

DEFENDANT. :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ____20th____ day of ____JUNE 2007____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ____TO BE DETERMINED____ by ____FBI SPECIAL AGENT MICHAEL MCGILLICUDDY____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ____THE FEDERAL BUREAU OF INVESTIGATION WASHINGTON FIELD OFFICE____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ____FBI SA MICHAEL MCGILLICUDDY____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)   ROYCE C. LAMBERTH

DOJ USA-16-1-80