UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v.   )  Crim. No. 1:07-cr-00149-RCL<br>)<br>FARZAD DARUI, )<br>)<br>Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN T. WEBSTER**

The undersigned sponsoring member of the District of Columbia Bar hereby moves for the admission *pro hac vice* of attorney Steven T. Webster to appear before this Court in the above-captioned matter.  A declaration of Mr. Webster in accordance with the Local Rules is attached to and incorporated into this Motion.  A proposed order also is attached.

By: _____
Aaron S. Book (DC Bar No. 490815)
Webster Book LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
abook@websterbook.com

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Aaron S. Book

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 1:07-cr-00149-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF STEVEN T. WEBSTER
IN SUPPORT OF APPLICATION FOR
<u>ADMISSION *PRO HAC VICE* IN ACCORDANCE WITH LOCAL RULES</u>**

I, Steven T. Webster, declare as follows:

1. My full name is Steven Tobin Webster.

2. My office address is Webster Book LLP, 1 North King Street, Leesburg, Virginia 20176. My office telephone number is 703-779-8229.

3. I am admitted to the following bars: Virginia.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not engage in the practice of law from an office located within the District of Columbia and I am neither a member of the District of Columbia Bar nor do I have an application pending before the District of Columbia Bar.

_____
Steven T. Webster