UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN T. WEBSTER

The undersigned sponsoring member of the District of Columbia Bar hereby moves for the admission *pro hac vice* of attorney Steven T. Webster to appear before this Court in the above-captioned matter. A declaration of Mr. Webster in accordance with the Local Rules is attached to and incorporated into this Motion. A proposed order also is attached.

By: _____
Aaron S. Book (DC Bar No. 490815)
Webster Book LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
abook@websterbook.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Aaron S. Book

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADMITTING STEVEN T. WEBSTER *PRO HAC VICE***

THIS CAUSE came upon motion for attorney Steven T. Webster to be admitted *pro hac vice* to practice and appear before this Court in this matter.

IT APPEARING that the motion should be granted;

IT IS ORDERED that the motion is GRANTED and that Steven T. Webster is admitted *pro hac vice* and is permitted to practice and appear before this Court in this matter.

Entered this _____ day of _____ 2007.

_____
Royce C. Lamberth, Judge