**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 07-149 (RCL)** |
| **FARZAD DARUI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the motion [15] for attorney Steven T. Webster to be admitted *pro hac vice* to practice and appear before this Court in the above-captioned matter, it is hereby

ORDERED that the motion [15] is GRANTED; and it is further

ORDERED that Steven T. Webster is admitted *pro hac vice*, and is permitted to practice and appear before this Court in this matter.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 9, 2007.