**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-cr-00149-RCL |
| | ) | |
| FARZAD DARUI, | ) | |
| | ) | |
| Defendant. | ) | |

*let this be filed*

*Royce C. Lamberth, U.S.D.J.*
*8/8/07*

## DEFENDANT'S MOTION FOR EARLY RETURN SUBPOENAS UNDER RULE 17(c)

Defendant, by counsel, moves this Court for an Order under Federal Rule of Criminal

Procedure 17(c) allowing service of early-return subpoenas *duces tecum* to those individuals and

entities likely to have records relevant to the transactions at issue in the Indictment and

admissible in this proceeding.  This motion is unopposed.

FARZAD DARUI
By Counsel

By: _____
Aaron S. Book (DC Bar No. 490815)
Webster Book LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
abook@websterbook.com

Victoria Toensing
Joseph diGenova
Brady Toensing
diGenova & Toensing, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706
*Counsel for Defendant Farzad Darui*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August __8__, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Aaron S. Book