UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

### ORDER RE: DEFENDANT FARZAD DARUI'S UNOPPOSED MOTION FOR EARLY RETURN SUBPOENAS UNDER RULE 17(c)

THIS CAUSE came to be heard on Defendant's Motion for Early Return Subpoenas Under Rule 17(c). It appearing that the parties to this matter are in agreement that the Motion should be granted, it is ORDERED that Defendants' Motion is GRANTED, and Defendants are permitted to issue the subpoenas duces tecum to the below-listed individuals and entities, returnable by SEPTEMBER 12, 2007:

1. AETNA;
2. Allied Waste Indus., Inc.;
3. Ayala and Associates;
4. Bank of America;
5. CNA Insurance;
6. D.C. Water & Sewer Authority;
7. Dr. Abdullah Khouj;
8. Howard and Hoffman;
9. Loyal Service Systems;
10. Paul E. Pennoyer & Associates;
11. Pepco;
12. PMR Printing Company, Inc.;

-2-

13. RJH Heating & Cooling;

14. S. Freedman & Sons, Inc.;

15. The Islamic Center;

16. The Travelers AMD;

17. Washington Gas.


IT IS FURTHER ORDERED that, should Defendant wish to subpoena additional entities, that Defendant may submit additional agreed orders listing such additional entities.


SO ORDERED.

                                     _Royce C. Lamberth_   8/8/07
                                       Royce C. Lamberth, Judge

WE ASK FOR THIS:

_____
Joseph DiGenova
Victoria Toensing
Brady Toensing
DiGenova & Toensing
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706
toensing@digenovatoensing.com
*Counsel for Defendant*

_____
Aaron S. Book (DC Bar No. 490815)
Steven T. Webster (admitted *pro hac vice*)
Webster Book LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8767
703-991-9178 (fax)
abook@websterbook.com
*Counsel for Defendant*

_____
Ronald Sharpe, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530