UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-149 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **FARZAD DARUI,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits this notice of filing the attached proposed order in this proceeding.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
RONALD W. SHARPE
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., Suite 5828
Washington, D.C. 20530
(202) 353-9460

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-149 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **FARZAD DARUI,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court upon the government's oral motion made during a status hearing held on September 20, 2007, requesting that the Court order defendant FARZAD DARUI to stay away from Dr. Abdullah M. Khouj. Upon consideration of the government's motion, and the entire record herein, it is this _____ day of September, 2007, hereby,

ORDERED, that, in addition to any other conditions that the Court has imposed upon defendant pursuant to 18 U.S.C. § 3142, defendant is not to contact Dr. Abdullah M. Khouj either directly or indirectly, or through third parties except through defendant's lawyers or agents employed by defendant's lawyers.

FURTHER ORDERED, that defendant must abide by these conditions until this case is disposed of or until they are changed by the Court.

_____                                   _____
DATE                                                                                                ROYCE C. LAMBERTH
                                                                                                               U.S. DISTRICT COURT JUDGE