UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-149 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **FARZAD DARUI,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court upon the government's oral motion made during a status hearing held on September 20, 2007, requesting that the Court order defendant FARZAD DARUI to stay away from Dr. Abdullah M. Khouj. Upon consideration of the government's motion, and the entire record herein, it is hereby,

ORDERED, that, in addition to any other conditions that the Court has imposed upon defendant pursuant to 18 U.S.C. § 3142, defendant is not to contact Dr. Abdullah M. Khouj either directly or indirectly, or through third parties except through defendant's lawyers or agents employed by defendant's lawyers.

FURTHER ORDERED, that defendant must abide by these conditions until this case is disposed of or until they are changed by the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Court Judge, on September 25, 2007.