UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 1:07-cr-00149-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FARZAD DARUI'S UNOPPOSED MOTION
FOR EARLY RETURN SUBPOENAS UNDER RULE 17(c)**

Defendant, by counsel, moves this Court for an Order under Federal Rule of Criminal Procedure 17(c) allowing service of early-return subpoenas *duces tecum* to those individuals and entities likely to have records relevant to the transactions at issue in the Indictment and admissible in this proceeding.

This motion is unopposed.

FARZAD DARUI
By Counsel

By: _____/S/_____
Aaron S. Book (DC Bar No. 490815)
Steven T. Webster (admitted *Pro Hac Vice*)
Webster Book LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
abook@websterbook.com
*Counsel for Defendant Farzad Darui*

Victoria Toensing
Joseph diGenova
Brady Toensing
diGenova & Toensing, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706
*Counsel for Defendant Farzad Darui*

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530


_____/S/_____
Aaron S. Book

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 1:07-cr-00149-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT FARZAD DARUI'S
MOTION FOR EARLY RETURN SUBPOENAS UNDER RULE 17(c)**

THIS CAUSE came to be heard on Defendant's Motion for Early Return Subpoenas Under Rule 17(c).

IT APPEARING that the parties to this matter are in agreement that the Motion should be granted;

IT IS ORDERED that Defendants' Motion is GRANTED, and Defendants are permitted to issue subpoenas duces tecum returnable prior to the trial date set in this matter.

SO ORDERED.

_____
Royce C. Lamberth, Judge