UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,                )
                              )
    v.                        ) Crim. No. 1:07-cr-00149-RCL
                              )
FARZAD DARUI,                 )
                              )
    Defendant.                )

**FILED OCT - 3 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

### ORDER GRANTING DEFENDANT FARZAD DARUI'S
### MOTION FOR EARLY RETURN SUBPOENAS UNDER RULE 17(c)

THIS CAUSE came to be heard on Defendant's Motion for Early Return Subpoenas Under Rule 17(c).

IT APPEARING that the parties to this matter are in agreement that the Motion should be granted;

IT IS ORDERED that Defendants' Motion is GRANTED, and Defendants are permitted to issue subpoenas duces tecum returnable prior to the trial date set in this matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 3, 2007.