UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FARZAD DARUI, )<br>)<br>Defendant. )<br>) | Criminal No. 07-149 (RCL) |

FILED
OCT 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is hereby

ORDERED that the current trial date of December 3, 2007, is VACATED at the oral request of the defendant. A new trial date will be set at the motions hearing scheduled for November 19, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 26, 2007.