UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>   v. )<br>)<br>FARZAD DARUI, )<br>)<br>   Defendant. ) | Crim. No. 1:07-cr-00149-RCL |

**DEFENDANT FARZAD DARUI'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS
MOTION TO DISMISS COUNTS ONE THROUGH FIVE OF THE INDICTMENT**

Defendant, by counsel, moves this Court for leave to file supplemental authority in support of Darui's Motion to Dismiss. This authority supports and supplements Darui's arguments relating to the lack of convergence between the alleged and actual victim of the fraud and his argument that the mails were not used in furtherance of the alleged scheme to defraud.

Defendant has conferred with the Government, and this motion is unopposed.

The authority is as follows:

*United States v. Maze*, 414 U.S. 395, 399-402 (1974).

*United States v. Naegele*, 367 B.R. 1, 14 (D.D.C. 2007).

*United States v. Yakou*, 428 F.3d 241, 247 (D.C. Cir. 2005).

**WHEREFORE**, Defendant Farzad Darui moves this Court to grant the relief requested.

                                                                      FARZAD DARUI
                                                                      By Counsel

By:  /s/ Victoria Toensing

    Victoria Toensing  (DC Bar # 304980)
    Joseph diGenova
    Brady Toensing
    diGENOVA & TOENSING, LLP
    1776 K Street, N.W., Suite 737
    Washington, D.C. 20006
    (202) 289-7701
    (202) 289-7706 (fax)


By:  /s/ Aaron S. Book

    Aaron S. Book  (DC Bar # 490815)
    Steven T. Webster (to be admitted *pro hac vice*)
    WEBSTER BOOK LLP
    1 North King Street
    Leesburg, Virginia 20176
    703-779-8229
       703-991-9178 (fax)

<u>CERTIFICATE OF SERVICE</u>

     I certify that on November 16, 2007, a true copy of the foregoing was served electronically on the following:

                                  Ronald Wesley Sharpe
                                  U.S. ATTORNEY'S OFFICE
                                  555 Fourth Street, NW
                                  Washington, DC 20530


                                   /s/ Victoria Toensing
                              Victoria Toensing