UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 07-149 (RCL)** |
| : | |
| **FARZAD DARUI,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**NOTICE OF APPEARANCE OF ADDITIONAL GOVERNMENT COUNSEL**

   The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant United States Attorneys Ronald C. Sharpe and Tejpal S. Chawla. Tejpal S. Chawla can be contacted at telephone number (202) 353-2442, and/or email address Tejpal.Chawla@usdoj.gov. This is the notice of appearance for Assistant United States Attorney Tejpal S. Chawla in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Tejpal S. Chawla, D.C. Bar No. 464012
Ronald C. Sharpe, D.C. Bar. No. 434575
ASSISTANT UNITED STATES ATTORNEYS
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, DC 20530
(202) 353-2442 (Chawla)
(202) 353-9460 (Sharpe)