UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT FARZAD DARUI'S MOTION FOR
LEAVE TO FILE ADDITIONAL MOTIONS**

Defendant Farzad Darui, by counsel, moves this Court pursuant to Federal Rule of Criminal Procedure 12(c) and (e) for leave to file additional motions. The grounds for this motion are as follows:

1. Mr. Darui has been indicted on five counts of mail fraud, (*see* Indictment, Counts One through Five), one count of interstate transportation of stolen property, (*see id.*, Count Six), and one count of theft in the first degree in violation of D.C. Code § 3211(b)(2), (*see id.*, Count Seven). The indictment alleges that Mr. Darui engaged in this alleged criminal activity "from at least October 2000, to in or about January 2006," approximately a six year period. *See id.*, ¶ 11.

2. Mr. Darui was initially arrested in Virginia on October 13, 2006, on a warrant issued pursuant to a criminal complaint. In an intentional violation of Federal Rule of Criminal Procedure 5(c)(2), he was transported to the District of Columbia and held in custody overnight, without affording him his right to an initial appearance.

3. The prior day, October 12, 2006, the government executed search warrants at Darui's home and at his businesses, seizing computers and over 120,000 pages of documents.

4. An indictment was returned on or about June 8, 2007.

5. As a follow-up to various conversations with the government, defense counsel issued a formal detailed discovery request on July 13, 2007. The request included materials

-2-

discoverable under Rule 16 and also requested notice pursuant to Rule 12(b)(4)(B) of the government's intent to use evidence that may be subject to a motion to suppress.

6. The request also sought the following: "Any and all evidence you may offer under FRE 404(b). Once again, early, detailed notice is necessary to have time to review such evidence, assess its significance, and prepare motions and briefs to exclude such evidence within any deadlines that the Court may set." The government's notice of 404(b) evidence was ultimately provided on December 17, 2007, over five months later, less than a month before trial, and three days before the deadline for filing motions in limine. The notice provided little useful detail. As of December 19, 2007, the government agreed to provide more detail.

7. Also provided during the week of December 17, less than one month before trial, were approximately 23,000 to 24,000 pages of documents in electronic format. Approximately 19,000 to 20,000 of these documents had been seized over fourteen months earlier pursuant to search warrants. All of these documents must be loaded into a useable database, reviewed, and further manipulated in order to make intelligent use of them in pretrial motions and at trial. It is impossible to accomplish this task while simultaneously preparing for trial.

8. The government also provided during the week of December 17 a statement made by Darui on October 12, 2006, to one of the FBI agents executing the search warrants. This discovery came less than one month before trial and over fourteen months after the statement was made.

9. Under the circumstances, Darui should be given additional time to investigate, research, prepare, and argue various motions.

10. A proposed order has been filed with this motion.

WHEREFORE, Defendant Farzad Darui moves this Court to grant the relief requested.

-3-

FARZAD DARUI

By: /s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant


By: /s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant


CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

 /s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v.                                   )  Crim. No. 1:07-cr-00149-RCL<br>)<br>FARZAD DARUI,              )<br>)<br>Defendant.                 ) | |

**<u>ORDER GRANTING LEAVE TO FILE ADDITIONAL MOTIONS</u>**

THIS MATTER came before the Court on Defendant Farzad Darui's Motion for Leave to File Additional Motions.

IT APPEARING to the Court for the reasons stated in support of the motion that the motion should be granted, it is hereby,

ORDERED that the motion is GRANTED and Defendant Farzad Darui is granted leave to file additional pretrial motions. The timing of such motions, deadlines for briefs, and proposed hearing dates will be discussed at the status hearing set for January 3, 2008, at 9:30 a.m.

Entered this _____ day of December, 2007.

_____
Royce C. Lamberth,
United States District Judge