UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Crim. No. 1:07-cr-00149-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FARZAD DARUI'S OPPOSTION TO
THE U.S. POSTAL SERVICE'S MOTION TO QUASH**

Defendant Farzad Darui, by counsel, states as follows in opposition to the U.S. Postal Service's motion to quash. The Postal Service has moved to quash based on two grounds: 1) that disclosure of the requested documents would violate the Privacy Act absent a signed order of this Court, and 2) that production of the requested documents is unreasonable and oppressive. Darui will address the arguments in reverse order.

*1.    Production is neither unreasonable nor oppressive.*

As the Postal Service admits in its motion, by December 21, 2007, it had already completed half of the search for the requested documents. Although Darui did not serve this subpoena to intentionally inconvenience the Postal Service during its busy season, the Postal Service found a way to accomplish the search during this time of the year. The Postal Service estimates that the search will be completed with another four hours' worth of searching (assuming that the search was suspended when the Motion to Quash was filed). Even if the full four hours remains, this can hardly be described as "unreasonable and oppressive," particularly because the busy season is now over. With respect to the search costs, Darui is wiling to pay the amounts requested.

-2-

**2.    *Darui requests that this Court order production in conformance with the Privacy Act requirements.***

The only other basis on which the Postal Service objects to production of the requested documents is because it was not served with a Judge-signed subpoena or, in the alternative, has not been ordered by this Court to produce the requested information in conformance with the Privacy Act, 5 U.S.C. § 552a.  Darui respectfully requests that this Court issue an order requiring production of the requested material in accordance with 5 U.S.C. § 552a(b)(11) by no later than January 9, 2008.


FARZAD DARUI
By Counsel


 /s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant


 /s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

-3-

CERTIFICATE OF SERVICE

      I certify that on January 2, 2008, a true copy of the foregoing was served via U.S. Mail and via e-mail on the following:

Andrea McBarnette, Esq.
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Andrea.McBarnette@usdoj.gov


                                                  /S/
                                          Aaron S. Book