UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | **Criminal No. 07-149 (RCL)** |
| **FARZAD DARUI,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

The Clerk is hereby directed to cause defendant's Opposition [36] to the U.S. Postal Service's Motion to Quash to be filed in Miscellaneous Action *In re U.S. Postal Service*, Misc. Action No. 07-574.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 8, 2008.