UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT FARZAD DARUI'S MOTION FOR
LEAVE TO FILE AN ADDENDUM TO HIS RESPONSE TO THE
GOVERNMENT'S MOTION TO SCRUTINIZE**

Defendant Farzad Darui, by counsel, moves this Court for leave to file an Addendum to the Defendant's Response in Opposition to the Government's Motion to Scrutinize. This Addendum is based on statements made during a November 19, 2007 Motion Hearing. The transcript was not completed until Tuesday, February 5, 2008.

**ADDENDUM**

The government's Motion to Scrutinize claimed the defense was "abusing its trial subpoena power under Rule 17 . . . ." To the contrary, Darui is utilizing the trial subpoena to obtain specific admissible information, which he knows exists and which he knows refutes the false statements and false accusations against him. He has the constitutional right to do so.

In that regard, Darui subpoenaed 14 categories of information from Abdullah M. Khouj, some of which was granted by this Court. During the November 19, 2007 hearing on Khouj's Motion to Quash there was discussion of Item #13: "All W-8BEN filings and/or forms corresponding with any bank account to which you were a signatory from January 1, 2000 through December 31, 2006."

Counsel for Khouj, Robert Watkins, told the Court that Khouj did not have such forms because the bank retains them. He suggested Darui has "the opportunity to get the

WBEN forms from the bank, not from my client." When the Court inquired how Darui would know which bank to go to, the following discussion took place:

> MR. WATKINS: They know. They've gotten the bank - it's the same bank they've talked about here today, the Bank of America.
>
> THE COURT: Is he representing there is no other bank account other than at Bank of America?
>
> MR. WATKINS: There is no other bank other than the Bank of America.
>
> THE COURT: All right. You're representing that for him as to [Item] 13?
>
> MR. WATKINS: As to 13. I think I'm right, but let me check, your Honor.
>
> THE COURT: Okay. (Brief pause in proceedings.)
>
> MR.WATKINS: Yes. I believe it is only the Bank of America that is involved.

Transcript of Motion Hearing at 14-15, Islamic Center of Washington, D.C. v. Farzad Darui, Misc. 07-386 and 07-387 (Nov. 19, 2007).[1]

Yet, Darui knew that representation to be false as he personally knew of numerous local banks where Khouj had accounts. In total, Darui subpoenaed only five entities for Khouj's banks accounts - a surgical focus, not a fishing expedition. Khouj had accounts in <u>all</u> five at one time. However, the Citibank account had been closed in 1999 so did not come within the relevant time frame. Bank of America was subpoenaed prior to the November 19, 2007 hearing as its records were already the subject of evidentiary discussion. After Watkins represented there was no other account, Darui subpoenaed the other four banks.[2]

---

[1] The pertinent portion of the transcript is attached (Attachment A).

[2] Defense counsel is not accusing Watkins of knowingly making a false statement to the Court. He was speaking for his client, who apparently had provided him the false information.

Thus, in addition to telling this Court falsely he had no use of Post Office Boxes other than a 1995 mailing, Khouj has also falsely represented to his counsel, and thus to this Court, that he had only one bank account when in fact there were at least four: Bank of America, BB&T, First Union/Wachovia, and Sun Trust.[3]

For this reason and those stated in Darui's Reply to the Government's Motion to Scrutinize, Darui requests this Court to deny the government's motion.

FARZAD DARUI

By: /s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant

By: /s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

---

[3] Information in those four accounts indicate there is at least one additional account.

CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

/s/ Victoria Toensing
Victoria Toensing

# ATTACHMENT A

Islamic Center of Washington, D.C. and ... November 19, 2007
v. Farzad Darui
Case 1:07-cr-00149-RCL    Document 45-2    Filed 02/08/2008    Page 2 of 4

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISLAMIC CENTER OF           : Misc. Number 07-386 and 07-387
WASHINGTON, D.C.            :
                            :
            Petitioner,     :
                            :
        v.                  : Washington, D.C.
                            : Monday, November 19, 2007
FARZAD DARUI,               : 3:00 p.m.
                            :
            Respondent,     :
                            :
- - - - - - - - - - - - - - -x


TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Petitioner:     ROBERT P. WATKINS, III, ESQUIRE
                        WILLIAMS & CONNOLLY
                        725 12th Street, N.W.
                        Washington, D.C.  20005
                        (202) 434-5151
                        bwatkins@wc.com


For the Respondent:     STEVEN T. WEBSTER, ESQUIRE
                        JOSEPH E. diGENOVA, ESQUIRE
                        VICTORIA TOENSING, ESQUIRE
                        AARON S. BOOK, ESQUIRE
                        1 North King Street
                        Leesburg, Virginia  20176
                        703-779-8767
                        abook@websterbook.com


Court Reporter:         THERESA M. SORENSEN, CVR-CM
                        Official Court Reporter
                        Room 4800-H, U.S. Courthouse
                        Washington, D.C.  20001
                        (202) 273-0745


Pages 1 through 31


THERESA M. SORENSEN,
OFFICIAL COURT REPORTER

1  some relevance of how he filled out other similar forms.
2  Canceled checks made to these look on their face that they
3  might - it might make sense that those would meet a test of
4  relevance.
5             MR. WATKINS:  Well, let me address the WBEN
6  forms.  He's - they've been asked to produce those.  First,
7  I'll tell you that Dr. Khouj doesn't have any.  Those are
8  documents that are given to the bank and the bank does
9  something with them, and Dr. Khouj doesn't have copies, and
10 so we don't have any of those documents.
11            THE COURT:  But he could seek them if I ordered
12 it?
13            MR. WATKINS:  Well, I would suggest, Your Honor,
14 that they have an opportunity to get the WBEN forms from the
15 bank, not from   not from my client.
16            THE COURT:  How would they know what bank to go
17 to?
18            MR. WATKINS:  They know.  They've gotten the bank
19 - it's the same bank they've talked about here today, the
20 Bank of America.
21            THE COURT:  Is he representing there is no other
22 bank account other than at Bank of America?
23            MR. WATKINS:  There is no other bank other than
24 the Bank of America.
25            THE COURT:  All right.  You're representing that

Islamic Center of Washington, D.C.   Misc. 07-353 and 07-354   November 19, 2007
v. Farzad Darui
Case 1:07-cr-00149-RCL   Document 45-2   Filed 02/08/2008   Page 4 of 4

Page 15

1   for him as to 13?
2          MR. WATKINS:  As to 13.  I think I'm right, but
3   let me check, Your Honor.
4          THE COURT:  Okay.
5       (Brief pause in proceedings.)
6          MR. WATKINS:  Before I make that bald statement,
7   I believe -
8          THE COURT:  We can come back and deal with that.
9          MR. WATKINS:  Yes.  I believe it is only the Bank
10  of America that is involved.
11         Number 14, canceled checks made out to Farzad
12  Darui, Blue Line Travel, BLT and Zall, Inc., as to those Dr.
13  Khouj has checks in his personal checking account, and to
14  the extent there are  -
15         THE COURT:  He could respond to that?
16         MR. WATKINS:  He could respond to that.
17         THE COURT:  And I could see an obvious relevance
18  and admissibility of those kinds of materials now.  I'll see
19  if the defendant can point to any evidence where there is
20  that same sort of obvious way that I think they might be
21  able to subpoena those pretrial, but those just sit out to
22  me as the kinds of things that would make sense.
23         MR. WATKINS:  Well, if there are any checks, of
24  course, that relate to those entities, I will  - he will, of
25  course, comply if the Court orders him to.