UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 07-149 (RCL) |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the government's Motion [42] to Scrutinize Defense Trial Subpoenas, the opposition and reply thereto, and the record herein, it is hereby

ORDERED that the government's motion [42] be, and is hereby GRANTED in part and DENIED in part. Specifically, it is hereby

ORDERED that the government's motion for a stay in the production of documents or materials responsive to defendant's subpoenas be, and is hereby DENIED; it is further

ORDERED that the government's motion for an order requiring defendant to produce a list of all trial subpoenas issued is GRANTED; and it is further

ORDERED that defendant shall produce to the Court and the government by April 3, 2008, a copy of all non-trial subpoenas issued in the above-captioned case. Defendant shall further inform the Court and the government of the status of any such subpoena to which production has not yet been completed. As to documents that have already been produced in response to subpoenas issued by defendant, any documents that have not already been sent to the Court and to the government should be forwarded immediately.[1]

---

[1] Defendant has already agreed to forward any subpoenaed documents returned to defense counsel to the Court and to the government for review. Defendant has further agreed that all

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 2, 2008.

---

subpoenas issued after November 19, 2007, would be made returnable to the Court.