UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 07-CR-0149 (RCL) |
| : | |
| FARZAD DARUI, : | |
| : | |
| Defendant. : | |
| _____ : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, pursuant to Fed. R. Crim. P. 45(b), and for good cause shown, hereby respectfully moves to oppose Defendant Farzad Darui's Motion in Limine Regarding Evidence of Checks Where Mails Not Alleged to Further Described Scheme (Dkt. No.31). The government has filed concurrently the Government's Opposition to Defendant Farzad Darui's Motion in Limine Regarding Evidence of Checks Where Mails Not Alleged to Further Described Scheme on April 7, 2008. The government's opposition was due on April 4, 2008. The United States seeks this enlargement of time on the following grounds:

1. Due to an oversight, the government's opposition to defendant's motion was not filed prior to the April 4, 2008, filing deadline scheduled by the Court.

2. The United States' opposition to defendant's motion is based on facts largely already disclosed to defendant. Accordingly, defendant will not be prejudiced by this late filing.

3. On April 7, 2008, the undersigned Assistant United States Attorney contacted defense counsel and advised defense counsel of the government's oversight and intention to file this motion.

4. On April 7, 2008, defense counsel informed the undersigned Assistant United States Attorney that it does not oppose the government's request for an enlargement of time within which to file its opposition.

For the reasons cited above, the United States respectfully requests that the enlargement of time to oppose defendant's motion in limine (Dkt. No.31) be granted.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY

                          By:     /s/
                            Tejpal S. Chawla, D.C. Bar No. 464012
                            Ronald W. Sharpe, D.C. Bar. No. 434575
                            Assistant United States Attorneys
                            555 4th Street, NW
                            Room 5828
                            Washington, D.C. 20530
                            (202) 353-2442 (Chawla)
                            (202) 353-9460 (Sharpe)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 07-CR-0149 (RCL) |
| | : | |
| **FARZAD DARUI,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

UPON CONSIDERATION of Government's Unopposed Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of April, 2008, hereby,

ORDERED, that Government's Unopposed Motion for Enlargement of Time is hereby GRANTED.

_____        _____
DATE                                                                      ROYCE C. LAMBERTH
                                                                                   U.S. DISTRICT COURT JUDGE