UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING LEAVE TO FILE ADDITIONAL MOTIONS**

THIS MATTER came before the Court on Defendant Farzad Darui's Motion [32] for Leave to File Additional Motions.

IT APPEARING to the Court for the reasons stated in support of the motion that the motion should be granted, it is hereby,

ORDERED that the motion is GRANTED and Defendant Farzad Darui is granted leave to file additional pretrial motions. The timing of such motions, deadlines for briefs, and proposed hearing dates was set during the status hearing held on January 3, 2008.

Entered this   11th   day of April, 2008.

/s/
Royce C. Lamberth,
United States District Judge