UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 07-149 (RCL) |
| **FARZAD DARUI,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's Motion [46] for Site Visit of Islamic Center, for a Copy of Darui's Seized Passport, for Return of Typewriter, and for Khouj's Tax Return for the Year Khouj Alleged it was "Altered," the opposition and reply thereto, the applicable law, and the record herein, it is hereby

ORDERED that the motion [46] be, and is hereby GRANTED in part and DENIED in part. Specifically, it is hereby

ORDERED that defendant's request for a site visit at the Islamic Center be, and is hereby GRANTED in part. The government shall within 10 days of this order, request the Center to allow defendant and his counsel a supervised visit.[1] The Court is aware, however, of no authority that would allow it to order a private property owner to open its property for inspection and none has been cited by defendant. It is further

ORDERED that defendant's request for a production of a copy of his passport be, and is hereby GRANTED in part. The government shall within 10 days of this order, provide defendant

---

[1] If the Center permits the visit, the government shall accompany defendant in a supervisory capacity. As to defendant's concerns regarding attorney-client privilege, the Court sees no reason that privileged communications necessarily have to occur at the site.

a copy of the passport with the first page (containing defendant's photograph and other information) redacted.  It is further

    ORDERED that defendant's request for the return of a typewriter seized from defendant's business be, and is hereby DENIED.  Since the government has stated that it has yet to decide whether to use the typewriter as evidence at trial, this Court will not consider its return until after the conclusion of trial.  And it is further

    ORDERED that defendant's request for a copy of Abdullah M. Khouj's tax return for the tax year that he accused defendant of altering be, and is hereby DENIED.  Defendant has not established that the tax return is relevant to the charges in the indictment.  At best, the tax return defendant seeks is admissible only for potential impeachment value at trial.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 14, 2008.