UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-cr-00149-RCL |
| | ) | |
| FARZAD DARUI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FARZAD DARUI'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO COMPEL DISCLOSURE OF EVIDENCE REGARDING INTERVIEWS CONDUCTED BY SPECIAL AGENT JEFFREY HARRY**

Defendant Farzad Darui, by counsel, replies as follows to the government's opposition to Darui's motion to compel the disclosure of certain interviews of Farzad Darui and Abdullah Khouj by FBI Special Agent Jeffrey Harry.

The government believes that the notes of Special Agent Harry have no relevance to this case. The defense is reluctant to rely on the government's assessment of whether Special Agent Harry's interview notes contain *Brady* or otherwise discoverable information. As such, the defense respectfully requests that the government turn the notes over to the Court for *in camera* review and assessment of the documents. This solution was proposed by the government in its opposition and seems reasonable given the circumstances presented in this case.

At this point, having not seen what is contained in the requested documents, and having not heard the government's case in chief, the defense cannot make an assessment of whether to call Special Agent Harry to testify at trial. It may subpoena him out of an abundance of caution.

FARZAD DARUI
By Counsel

-2-

/s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant


/s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

-3-

**<u>CERTIFICATE OF SERVICE</u>**


       I hereby certify that on April 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esq.
Tejpal S. Chawla, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530


/s Aaron S. Book
Aaron S. Book