UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 07-149 (RCL) |
| FARZAD DARUI, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the government's Motion [33] in Limine to Preclude the Presentation of Evidence that is Irrelevant, Immaterial, and Significantly Likely to Cause Unfair Prejudice or Confusion, the opposition and reply thereto, oral arguments made at a hearing, the applicable law, the entire record herein, and in accordance with the accompanying memorandum opinion, it is hereby

ORDERED that the motion [33] be, and is hereby, GRANTED in part and DENIED in part. Specifically, it is

ORDERED that defendant is precluded from presenting evidence relating to: (1) historical and political issues involving the Islamic Center and the Middle East; (2) women's rights in the Islamic faith and polygamy; and (3) allegations of Dr. Abdullah M. Khouj's marital or sexual relations with specified women or any other polygamous activity. It is further

ORDERED that defendant must first put forth relevant, admissible evidence of his affirmative defense during his own case-in-chief before presenting evidence relating to: (1) Wahhabism and radical Islam; (2) alleged payments to informants to provide information used to prevent the Islamic Center from being overtaken by radical Islamists; (3) operation of the Islamic

Center; and (4) alleged international conspiracies aligned against defendant.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 18, 2008.