UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Defendant Farzad Darui, by counsel, files with this Court the attached letter addressed to His Excellency Adel A. Al-Jubeir of the Royal Embassy of Saudi Arabia and requests that it be made a part of the record in this matter.

FARZAD DARUI

By: /s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant

By: /s/ Aaron S. Book
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

/s/ Victoria Toensing
Victoria Toensing (DC Bar #304980)
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant



**diGENOVA & TOENSING, LLP**
ATTORNEYS-AT-LAW

April 21, 2008

<u>**VIA FACSIMILE (202-337-4084)**</u>
<u>**AND MESSENGER**</u>

His Excellency Adel A. Al-Jubeir
Royal Embassy of Saudi Arabia
601 New Hampshire Avenue, N.W.
Washington, D.C. 20037

                Re:    United States v. Farzad Darui

Your Excellency:

      This letter is a follow-up to our letter of May 24, 2007 requesting preservation of certain documentary evidence related to our client, Farzad Darui. (App. A).  We are now requesting the Kingdom of Saudi Arabia to waive immunity from legal process so that we might subpoena the following documents and personnel.  All the documents we seek were listed in the previous correspondence for preservation.  However, our request is for only a portion of the preservation documents.

Documentation

- All documents related to the Saudi Arabian government's and/or Embassy's relationship with The Islamic Center including, but not limited to, personnel decisions from 1983 to present;

- All documents related to the financial records of The Islamic Center of Washington, DC including, but not limited to, all payments and financial contributions by the Saudi Arabian government and/or Embassy from 1996 to present to any financial account held by The Islamic Center, Tax ID# 53-0205928;

- All information and records regarding the "Dr. Abdullah M. Khouj Special For Islamic Center" Account # 53-107-22-726, opened in 1984 at American Security Bank, which became Bank of America Account # 002010722726, including, but not limited to, any documentation transmitting the monthly bank statements of this account to the Saudi Embassy;

- All documents related in any way to Dr. Abdullah M. Khouj, Director of The Islamic Center, including, but not limited to, all payments by the Saudi Arabian government and/or Embassy to Dr. Khouj from 1996 to the present;

- All information and records regarding all financial accounts registered under The Islamic Center, Tax ID # 53-0205928, with all financial institutions, including, but not limited to, the following: Bank of America Administrative Account # 002084715929;

- All documents related in any way to Farzad Darui; and

- Names and contact information of all Saudi Arabian Embassy employees assigned to oversee The Islamic Center from 1983 to present, including, but not limited to, personnel who approved or oversaw payments to The Islamic Center's Special Account, or who had the authority to audit or review expenditures from the Special Account.

<u>Personnel</u>

We are also requesting the following personnel to be witnesses for trial, which begins Monday, May 5, 2008.

- Abdul Aziz Al-Othman

- Taha M. Bakhsh

- Abdulaziz Alshger

- Rehab Massoud

- Any custodian of the above records, and

- Any person who may have reviewed expenditures from, or payments to, The Islamic Center's Special Account.

As you know, the U.S. government recently brought a superseding indictment in this case naming the Saudi Embassy as one of the victims. We have conducted an extensive and thorough investigation. If you have any questions regarding the need for the information requested we will be glad to meet with you.

Sincerely,

Victoria Toensing
diGenova & Toensing, LLP

Aaron S. Book
Steven T. Webster
WEBSTER BOOK LLP

# APPENDIX A



**diGENOVA & TOENSING, LLP**
ATTORNEYS-AT-LAW

May 24, 2007

**VIA FACSIMILE (202-337-4084)**
**AND MESSENGER**

His Excellency Adel A. Al-Jubeir
Royal Embassy of Saudi Arabia
601 New Hampshire Avenue, N.W.
Washington, D.C. 20037

Re:   Farzad Darui

Your Excellency:

This letter concerns the preservation of evidence related to our client, Farzad Darui, and pending litigation in the United States District Court, District of Columbia concerning The Islamic Center. We request you take all necessary steps to ensure preservation of all documents and evidence related to Mr. Darui, The Islamic Center, and Dr. Abdullah M. Khouj.

We have reason to believe financial records related to this case may have been hidden or destroyed. Specifically, we are concerned about certain original cancelled checks for the period covering 1996-2006 from the Bank of America Account #002010722726 in the name and social security number of Dr. Khouj. This account was at issue in the civil case against Mr. Darui, # 1:06-cv-01056, which was subsequently dismissed.

To reduce the possibility of further spoliation, we specifically request you ensure preservation of the following:

- All documents related in any way to Dr. Abdullah M. Khouj, Director of The Islamic Center, including, but not limited to, all payments by the Saudi Arabian government and/or Embassy to Dr. Khouj from 1996 to the present;

- All documents relating to Dr. Khouj's wife, Huda, who returned to Saudi Arabia in the mid-1980's but who remains married to Dr. Khouj;

- All documents relating to Debbi Estrada with whom Dr. Khouj lived after his wife returned to Saudi Arabia including, but not limited to, all documentation of Dr. Khouj's requests to "marry" Ms. Estrada (because she was a U.S. citizen) and the Saudi Arabian government's and/or Embassy's response, any documentation of arrests of Ms. Estrada, and any payments made by the Saudi Arabian government and/or Embassy or Dr. Khouj to Ms. Estrada;

- All documents reflecting the Islamic marriage of Dr. Khouj to Noufisa Zouhri, which took place at Abdulaziz A. Nazir's residence at 4024 Chancery Ct., N.W. Washington D.C. 20007;

- All information and records including, but not limited to, visa petition, and tax exemption number regarding a Dr. Abdullah M. Z. Khouj, who was listed from 1984-2002 as "Administrative Attaché" of the Royal Embassy of Saudi Arabia;

- All communication regarding Dr. Abdullah M. Khouj and/or Dr. Abdullah M. Z. Khouj between the Saudi Arabian government and/or Embassy and Departments of State, Treasury, and Homeland Security;

- All documents related to the Saudi Arabian government's and/or Embassy's relationship with The Islamic Center including, but not limited to, financial contributions and personnel decisions from 1983 to present;

- All documents related to the financial records of The Islamic Center of Washington, DC including, but not limited to, all payments by the Saudi Arabian government and/or Embassy from 1996 to present to any financial account held by The Islamic Center, Tax ID# 53-0205928;

- All financial information and records regarding Account # 8490518 under bank code IC (Islamic Center) at Riggs National Bank;

- All information and records regarding the "Dr. Abdullah M. Khouj Special For Islamic Center" Account # 53-107-22-726, opened in 1984 at American Security Bank, which became Bank of America Account # 002010722726, which was closed August 2006;

- All information and records regarding all financial accounts registered under The Islamic Center, Tax ID # 53-0205928, with all financial institutions, including, but not limited to, all information concerning Bank of America accounts:

    ➢ Administrative Account # 00208471529

    ➢ Charity Account #002086634037

    ➢ Construction Fund Account # 002086507548

2

> Bookstore Account # 002086507589

> Food Account # 002080126121

- All documents related to money distributed to charity cases by The Islamic Center from 1996 to present;

- All documents related in any way to Farzad Darui;

- All information and records for The Islamic Center including, but not limited to, all Board meetings and their minutes, and all communications with other Board Members of The Islamic Center;

- Names and contact information of all Saudi Arabian Embassy employees assigned to oversee The Islamic Center from 1983 to present;

- All documents related to the Saudi Arabian government's and/or Embassy's relationship to any Muslim group within the United States including, but not limited to, the Saudi Arabian government's efforts related to its support of or opposition to any Muslim groups or individual who is a member of any Muslim groups within the United States;

- All copies of The Islamic Center's Newsletter, *Al-Nur*, from 1994 to 2005; and

- All documents related to Ahmad Ibn Saifuddin Turkistani, or any other candidate considered, suggested, or submitted by the Saudi Arabian government and/or Embassy to be Director of The Islamic Center.

This letter (in addition to other extant legal duties) specifically imposes upon you the affirmative duty to preserve and protect any paper or electronic files, other data generated by or stored on your computer systems and storage media (e.g., hard disks, floppy disks, backup tapes), or any other electronic data, such as voicemail. This request includes, but is not limited to: email and other electronic communications; word processing documents; spreadsheets; databases; calendars; telephone logs; contact manager information; Internet usage files; offline storage or information stored on removable media; information contained on laptops or other portable devices; network data information; and all drafts of documents.

Electronic documents and the storage media on which they reside contain relevant, discoverable information beyond what may be found in printed documents. Therefore, even where a paper copy exists, we ask you to preserve all documents in their electronic form along with meta data or information about those documents contained on the media. We ask you to preserve paper printouts of documents that contain unique information created after they were printed (e.g., paper documents containing handwriting, signatures, marginalia, drawings, annotations, highlighting or redactions) along with any paper documents for which no corresponding electronic files exist.

      The laws and rules prohibiting the destruction of evidence apply to electronically stored information in the same manner they apply to other evidence. Due to its format, electronic information is easily deleted, modified, or corrupted. Accordingly, you must take every reasonable step to preserve this information until final resolution of this matter. This request includes, but is not limited to, an obligation to discontinue all data destruction and backup tape recycling policies.

      Although we may bring a motion for an order preserving documents and other data from destruction or alteration, your obligation to preserve documents and other data for discovery in this case arise independently from any order on such motion.

      Please forward a copy of this letter to all persons and entities with custodial responsibility for the items referred to in this letter.

      Sincerely,

Victoria Toensing
diGenova & Toensing, LLP

4