UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 07-149 (RCL) |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's Motion [31] in Limine regarding Evidence of Checks Where Mails Not Alleged to Further Described Scheme, Motion [50] to Dismiss, or in the Alternative, Motion in Limine to Preclude Any Evidence or Testimony from Any Representative of the Royal Embassy of Saudi Arabia, and Motion [52] to Dismiss Count Eight of the Indictment for Lack of Venue, the oppositions and replies thereto, oral arguments made at a hearing, the applicable law, the record herein, and for reasons stated in an accompanying memorandum opinion, it is hereby

ORDERED that defendant's motion [31] be, and is hereby, DENIED; it is further

ORDERED that defendant's motion [50] be, and is hereby, DENIED; and it is further

ORDERED that defendant's motion [52] be, and is hereby, DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on April 24, 2008.