UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)    Criminal No. 07-149 (RCL)<br>FARZAD DARUI,        )<br>)<br>Defendant.    )<br>) | |

## ORDER

Upon consideration of defendant's Motion [51] to Dismiss Forfeiture Allegation of the Superseding Indictment, the opposition and reply thereto, oral arguments made at a hearing, the applicable law, the record herein, and for reasons stated in an accompanying memorandum opinion, it is hereby

ORDERED that defendant's motion [51] be, and is hereby, DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 25, 2008.