# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-149 (RCL) |
| | : | |
| v. | : | |
| | : | |
| FARZAD DARUI | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S PROPOSED EXAMINATION AND QUESTIONNAIRE OF PROSPECTIVE JURORS

Pursuant to this Court's Order and Rule 24(a), the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests the Court to include the following questions in any questionnaire or examination of prospective jurors. The Court is requested to pursue more detailed questioning if a particular juror's answer reveals that further inquiry is appropriate and, in such instance, to conclude with an inquiry as to whether the particular fact or circumstance would influence the juror in favor of or against either the Government or the defendant.

### Oral Introduction to be Read By The Court

1. This is a criminal case. The defendant, FARZAD DARUI, has been charged with the commission of federal and local crimes in the District of Columbia in an Superseding Indictment returned by a grand jury sitting in this district. The Superseding Indictment in this case charges the defendant with engaging in a scheme to defraud a religious institution, the Islamic Center of Washington, D.C., by taking over $400,000 in checks and money from the Islamic Center and depositing them into two separate bank accounts in the names of Blue Line Travel, Inc. and Zaal, Inc., both of which were controlled by the defendant. The Superseding Indictment also alleges that the defendant owned and controlled Blue Line Travel, Inc., a travel agency, and Zaal, Inc., an

investment and management services company, both of which are incorporated in the state of

Virginia.  The Superseding Indictment alleges that the defendant perpetrated his scheme to

defraud by forging endorsements on the checks and by altering the payee line of the checks after

they were signed by the authorized signator.  The Superseding Indictment charges the defendant

with the substantive crimes of mail fraud, the interstate transportation of stolen property, money

laundering, and first degree theft.  The Superseding Indictment also seeks criminal forfeiture from

the defendant for the assets allegedly taken during the fraud scheme.  I am providing you a copy

of a questionnaire that I would like you to complete.  Please read over the questionnaire and

answer all of the questions.  Your responses are under oath and I ask you to take care in being as

complete as possible in your responses.  Your completed questionnaires will only be seen by the

Court, the attorneys, and the defendant, and will be destroyed when this case is final and

complete.  If you have difficulty answer a question please indicate in the space provided why you

have difficulty answering the question.


**B.      Requested Instruction following Impaneling of the Jury**

1.   From this point until you retire to deliberate your judgement, it is your duty not to

discuss this case, and not to remain in the presence of other persons who may be discussing this

case.  This rule about not discussing the case with others includes discussions even with members

of your family or friends.  If at any time during the course of this trial, any person attempts to

communicate with you, either verbally or in writing about this case, whether it be in or out of this

Courthouse, you should immediately report this attempt to me.  In this regard, let me explain to

you that the attorneys in this case are not supposed to speak to you, even to offer a friendly

2

greeting, and have been directed not to do so.  So if you should see any of them outside this Courtroom they will, and should, ignore you.  Please do not think they are trying to be rude or discourteous.  They will only be acting properly by doing so.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:    _____/s/_____
TEJPAL S. CHAWLA
D.C. Bar No. 464012
RONALD W. SHARPE
D.C. Bar No. 434575
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2442 (Chawla)
(202) 353-9460 (Sharpe)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 07-149 (RCL)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **FARZAD DARUI** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## PROPOSED JUROR QUESTIONNAIRE

     Please complete the following questionnaire to the best of your ability.  If you need additional space please feel free to write on the back of the page, but please indicate that in your answer.

     I _____, juror number _____, do solemnly swear or affirm, under penalty of perjury and/or contempt of court, that my answers to the following questions are true and accurate to the best of my ability.

**A.**    **Knowledge of the Case**

     1.  Do you have any personal knowledge of the charges or facts alleged in the Superseding Indictment in this case?  If so, please state what you know and the how you have come to learn this information.

     No  _____

     Yes _____    Explanation _____

_____

_____

_____

2.  Have you read or heard about anything about this case in the media or the news?

Yes _____   No _____

3.  If you have answered yes to question 2, would the information you have learned through the media or news cause you to feel that you cannot decide the fact issues of this case fairly and impartially?  If your answer is yes, please state the basis of your information, and why you believe you cannot be fair or impartial.

No  _____

Yes _____   Explanation _____

_____

_____

_____

_____

**B.**     **Nature of the Charges**

4.  During the trial you will hear evidence regarding alleged fraud against a religious institution, that being the Islamic Center of Washington, D.C.  Does the fact that the alleged fraud in this case was committed against a mosque, or against a religious institution generally, make it more or less difficult for any of you to render a fair verdict?

Yes_____   No _____

5.  Have you, or any close friend, or members of your family, currently or previously been involved or affiliated with a church, temple or religious institution that has lost money or property due to allegations of fraud, theft, or mismanagement?  If your answer is yes, briefly explain the circumstances.

No  _____

Yes _____     Explanation _____

_____

_____

_____

_____

_____

### C.      Knowledge of the Trial Participants

6.  The United States is represented by Assistant United States Attorneys Tejpal S. Chawla and Ronald W. Sharpe.  The Defense is represented by Aaron S. Book, Esq., Victoria Toensing, Esq., and Stephen T. Webster, Esq.  None of the attorneys are affiliated with, or members of, the Islamic Center, Blue Line Travel, Inc., or Zaal Inc.  Witnesses that may be called by the government are: [***The Government will provide its list of potential witnesses to the Court before trial].***  Witnesses that may be called by the defense are: [***The Defense will provide its list of potential witnesses to the Court before trial].***  Do you know any of the attorneys in the case, myself [the judge], the witnesses in this case, or ever visited of conducted business with the Islamic Center of Washington, D.C., Blue Line Travel, Inc., or Zaal, Inc.?  If your answer is yes, please explain your relationship.

6

No _____

Yes _____     Explanation _____

_____

_____

_____

    7.  Are you, a close friend, or members of your family employed by, or work with, any of

the following entities.

    Aetna Health Insurance (based in Connecticut)

    Ayala & Associates (accountants, based in Virginia)

    Bank of America (based in North Carolina)

    BFI Waste Services (trash hauling, based in Virginia)

    CNA Insurance (based in Illinois)

    Chantilly Printing and Graphics Company (based in Virginia)

    C.B. Lucas Company (air conditioning contractor, based in Virginia)

    D.C. Water and Sewer Authority – DC WASA– (based in D.C.)

    S. Freedman & Sons, Inc. (Paper, maintenance and restaurant supplies, based in

        Maryland)

    Gaithersburg Cooling Company (air conditioning contractor, based in Maryland)

    George Washington University Health Plan (insurance, based in D.C.)

    ISI Security Inc. (based in Maryland)

    J.P. Flanagan Corporation (insurance brokerage, purchased by Hub International in

        2001, based in Illinois)

7

Loyal Restroom Services (restroom supplies, based in Virginia)

Paul E. Pennoyer & Associates (insurance broker, based in Maryland)

PEPCO (based in Maryland)

RJH Air Conditioning and Refrigeration Service, Inc. (based in D.C.)

Travelers Insurance (based in Florida)

Washington Gas (based in D.C.)

Web Graphics (based in Virginia)

World Composition Services (graphics & language company, based in Virginia)

Do not respond with a yes to this question if your only interaction with any of these companies is merely as a utility subscriber to DC WASA, PEPCO, or Washington Gas.    If your answer is yes, please explain your relationship.

No   _____

Yes _____        Explanation _____

_____

_____

_____

_____

_____

_____

8. Are you, or any close friend or members of your family currently or previously associated with, or employed by, the Islamic Center of Washington, D.C., Blue Line Travel, Inc., or Zaal, Inc.?  If your answer is yes, please provide an explanation of your relationship.

No  _____

Yes _____    Explanation _____

_____

_____

### D.      Relationship with the Government

9.   Do any of you know, or have any association – professional, business, or social, direct or indirect - with any member of the staff of the United States Attorney's Office for the District of Columbia, the Federal Bureau of Investigation, or the U.S. Postal Inspection Service?  If your answer is yes, please provide an explanation of your relationship.

No  _____

Yes _____    Explanation _____

_____

_____

10.   Do you have any bias, prejudice or other strong feelings for or against law enforcement, the United States Attorney's Office, or the Federal Bureau of Investigation?  If your answer is yes, please provide an explanation of your relationship.

No   _____

Yes _____     Explanation _____

_____

_____

11.   Have you, or any of members of your family, either as an individual or in the course of business, ever been a party to any legal action or dispute with the United States, any officer, department, agency, or employee of the United States, the Internal Revenue Service, the Federal Bureau of Investigation, or had any interest in any such legal action or dispute or its verdict?  If your answer is yes, please provide an explanation of that contact.

No   _____

Yes _____     Explanation _____

_____

_____

_____

_____

_____

_____

_____

12.   Have you ever been a witness or a complainant in any criminal case (for the government or the defense), state or federal?  If your answer is yes, please provide an explanation of that contact.

No _____

Yes _____    Explanation _____

_____

_____

_____

_____

_____

13.   Have you, any close friend, or members of your family ever been the subject of any

investigation or accusation by any grand jury, federal or state, or by any Congressional

committee? If your answer is yes, please provide an explanation of that investigation.

No _____

Yes _____    Explanation _____

_____

_____

_____

_____

_____

_____

14.   Some of the witnesses in this case will include law enforcement personnel from the

Federal Bureau of Investigation and the United States Postal Inspection Service.   If selected as a

juror in this case, you will be instructed to evaluate the testimony of an F.B.I. agent, Postal

Inspector, or any other law enforcement personnel in the same way you evaluate the testimony of

11

any other witness – not giving the officer's testimony either more or less weight merely because he or she is a law enforcement officer.  Would you be able to follow that instruction?  If your answer is no, please provide an explanation of why you believe you will not be able to follow that instruction.

Yes    _____

No    _____    Explanation _____

_____

_____

**E.    Individual Questions for Each Juror**

15.  Please provide the following information:

a.    whether you are employed, and if so, your occupation and title: _____

_____

b.    the name of your employer (if applicable), or if you are self-employed:

_____

c.    how long you have been employed with your current employer:_____

_____

d.    the type of work you do and the subject matter of your work (for example, teacher, teach 10th grade History and Math at Woodrow Wilson High School; or postal employee, deliver residential mail in Northeast Washington, D.C.):_____

_____

_____

12

e.    please provide the same information as above as it relates to your spouse or significant other (if applicable):

a. _____

_____

b. _____

_____

c. _____

_____

d. _____

_____

f.    please describe your educational background, including the highest degree you have obtained (if any): _____

_____

16.  Have you ever held a leadership position in a religious organization? If your answer is yes, please identify the position and the organization.

No  _____

Yes _____    Position and organization: _____

_____

17.  Have you ever been a treasurer or accountant of a non-profit organization?  If yes, please identify the organization

No  _____

Yes _____    Position and organization: _____

_____

18.   Have you personally been involved in a dispute related to a non-profit organization's finances?   If your answer is yes, please provide a brief summary of the dispute.

No  _____

Yes _____        Summary _____

_____

_____

_____

_____

_____

_____

19.   Are you, or any close friend, or members of your family, currently or previously associated with any non-governmental organization that is involved in advocacy relating to Middle Eastern affairs?   If your answer is yes, please provide an explanation of that contact.

No  _____

Yes _____        Explanation _____

_____

_____

_____

20.    Have you, any members of your family, or any close friends ever attended law school, taken paralegal course work, participated in a clinical program involving criminal law issues, or received any other type of legal training?  If your answer is yes, please provide an

14

explanation of that training.

No  _____

Yes _____     Explanation _____

_____

_____

21.  Have **you**, any members of **your family**, or any **close friends** ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the F.B.I., the U.S. Attorney's office, a state or local prosecutor's office, the Internal Revenue Service, the Drug Enforcement Administration, Central Intelligence Agency, National Security Agency, Department of Justice, Department of Corrections, Military Police, Bureau of Prisons, U.S. Marshall's Service, a Parole or Probation Office, or any local or state police or sheriff's department, U.S. Secret Service, Federal Protection Service, U.S. Capitol Police or the US Park Police?  If your answer is yes, please identify that employment or application.

No  _____

Yes _____     Explanation _____

_____

_____

_____

22.  Have **you**, any members of **your family**, or any **close friends** ever been employed by, or made any application for employment with, any organization or firm involved in criminal defense work, including, but not limited to being an attorney or paralegal in a criminal defense

15

law firm, a federal, state or local Public Defender's office, a legal clinic service for criminal

defendants, or a non-profit organization involving criminal law issues?  If your answer is yes,

please identify that employment or application.

No  _____

Yes _____      Explanation _____

_____

_____

_____

23.   Are you, any of members of your family, or any close friends currently employed, or

ever have been previously employed by, or involved with, any non-profit organization that

advocates on criminal justice issues (including, but not limited to the Fraternal Order of Police,

the American Civil Liberties Union, the Federalist Society, or Mother's Against Drunk Driving

(M.A.D.D.))?  If your answer is yes, please identify that affiliation and relationship.

No  _____

Yes _____      Identifying information: _____

_____

_____

_____

_____

24.  Have **you**, any members of **your family**, or any **close friends** ever: (a) been accused

of a crime; (b) been arrested and/or convicted of a crime; (c) been a victim of crime; or (d) been a

witness to crime?   If your answer is yes, please briefly describe that contact or incident.

No   _____

Yes _____        Explanation _____

_____

_____

_____

_____

_____

_____

_____

**F.**      **General Questions for the Panel**

25.   Do you use a hearing aid or have any problems or difficulty hearing?  If your answer is yes, please explain your issue.

No   _____

Yes _____        Explanation _____

_____

_____

_____

26.   A significant part of the evidence in this case will involve documents and materials that will be presented in electronic format on television screens and monitors.  Do you have any problems or difficulty with your eyesight, including, but not limited to, any issues you may have

with reading documents shown on an electronic monitor?  If your answer is yes, please identify that issue.

No  _____

Yes _____    Explanation _____

_____

_____

_____

27.   Do you have any difficulty reading or understanding English?  If your answer is yes, please identify that issue, or simply check the box Yes\_\_X\_\_.

No  _____

Yes _____    Explanation _____

_____

28.   Some of the witnesses in this case will speaking in foreign languages and their testimony will be translated for you by the Court's interpreter.  If you speak another language, you would have to accept the Court interpreter's translation of what the witnesses in this case said, even if it differed from your own understanding of the foreign language.  Would you be able to follow this instruction, and pay attention to, and follow, testimony presented in this fashion?  If your answer is no, please explain why you do not believe you could follow this instruction.

Yes  _____

No  _____    Explanation _____

_____

29.  One of the witnesses in this case will likely be an imam, which is an Islamic religious

leader or scholar.  If selected as a juror in this case, you will be instructed to evaluate the

testimony of this individual in the same way you evaluate the testimony of any other witness –

not giving the person's testimony either more or less weight merely because he or she is a Muslim

or a religious leader or scholar.  Do you feel that you can fairly and impartially decide a case

involving the testimony of an imam?  If your answer is No, please why you do not believe you

could follow this instruction.

Yes   _____

No _____        Explanation _____

_____

_____

_____

_____

30.  Are you currently taking any medication that makes you drowsy or would otherwise

make it difficult for you to focus on the evidence and follow the trial?  If your answer is yes,

please identify that medication and its effects on you.

No   _____

Yes _____        Explanation _____

_____

_____

_____

_____

31.  Do you have any medical condition that would make it difficult for you to sit as a

juror?  If your answer is yes, please identify that condition and explain why you believe it would be difficult for you to sit as a juror.

No  _____

Yes _____        Explanation _____

_____

_____

32.  Prior to today, have you asked to be excused from this jury panel?    If your answer is yes, please explain why you requested to be excused.

No  _____

Yes _____        Explanation _____

_____

_____

_____

33.   Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?

No  _____        Yes _____

34.   Some of the witnesses in this case will be Muslim and/or originating from countries in Africa or the Middle East, including Senegal and the Kingdom of Saudi Arabia.  The attorneys in this case are also of diverse backgrounds.  Will any person's race, gender, nationality or religion affect your ability to be a fair and impartial juror in this case?

No  _____        Yes _____

35.     This case may receive media attention.  It is important that this case be decided solely

on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. I will be advising you periodically that you must avoid reading about the case in the newspapers or listening to any radio or television reports about the case, and that you must avoid discussing this case with friends or family during the course of the trial. Would these requirements pose any difficulty for any of you?    No _____    Yes _____

36.    In this case, you will likely hear evidence that foreign countries, such as the Kingdom of Saudi Arabia, make charitable contributions to the Islamic Center of Washington, D.C. so that it can carry out its day to day religious and charitable operations.  Would the mere fact that the a foreign country  provides such monetary support affect your ability to be fair to both the government and the defendant?  If your answer is yes, briefly explain why it would affect your ability to be fair.

No _____

Yes _____    Explanation _____

_____

_____

_____

### G.    Function of the Court and Jury

37.  The function of the jury is to decide questions of fact.  As a juror, you are the sole judge of the facts and nothing the Court or the attorneys say or do may intrude in any way on your role as the exclusive fact finder.  However, when it comes to the law, you are to take your instructions from the Court, and you are bound by those instructions.  You may not substitute your ideas of what the law is or what you may think the law should be.  At the conclusion of this case, your job will be to

determine whether or not the defendant is guilty as charged in the Superseding Indictment.  Do you have any bias or prejudice that might prevent or hinder you from accepting the instructions of law that I will give you in this case?  If your answer is yes, please briefly explain why.

No   _____

Yes _____     Explanation _____

_____

_____

_____

38.    If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence, and decide the case on other grounds, would you, as a juror, be able to reject the suggestion and abide by your oath to this Court to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?

No    _____  Yes _____

39.   Can you accept the proposition that the question of punishment is for the Court alone to decide and that any possible punishment that the defendant may receive must not enter into your deliberations as to whether the defendant on trial here is guilty?  If your answer is no, please briefly explain why.

Yes   _____

No   _____     Explanation _____

_____

_____

_____

40.   It may not be a particularly pleasant duty to find another individual guilty of committing a crime.  Do you feel that even if the evidence established a defendant's guilt beyond a reasonable doubt, that you might not be able to render a guilty verdict for reasons unrelated to the law and the evidence?

No   _____   Yes  _____

41.   The trial in this case may last approximately two weeks, but could run longer.  The jury will generally sit Monday through Friday from 9:30 a.m. to 5:00 p.m.  If selected as a juror is there any other reason why you would be unable to serve?  If your answer is no, please briefly explain why.

Yes   _____

No   _____   Explanation _____

_____

_____

_____

I swear or affirm that my answers to the above questions are true and accurate to the best of my ability.

_____
Signature

_____
Name (printed)

_____
Juror Number

_____
Date