UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT FARZAD DARUI'S PROPOSED JURY QUESTIONNAIRE

Defendant Farzad Darui, by counsel, submits the following proposed jury questionnaire. Darui agrees with many of the questions proposed by the government. Accordingly, he sets forth below the question numbers from the government's proposed questionnaire that he agrees with, identifies those to which he objects, and adds certain additional questions that he requests be included.

## Government's Proposed Oral Introduction To Be Read By The Court:

Darui objects to this proposed introduction. First, it is argumentative. Second, it is totally one-sided. If any introduction is to be given at all, especially one with the imprimatur of the Court, it should be neutral, such as the following:

This is a criminal case. The defendant, Farzad Darui, has been charged in what is called a Superseding Indictment with the commission of federal and local crimes in the District of Columbia. Basically, the Superseding Indictment in this case charges the defendant with engaging in a scheme to defraud the Islamic Center of Washington, D.C. The defendant denies these allegations. He claims that he acted in good faith and that all actions he took were authorized.

I am providing you a copy of a questionnaire that I would like you to complete. Please read over the questionnaire and answer all of the questions. Your responses are under oath and I ask you to take care in being as complete as possible in your responses. Your completed

questionnaires will only be seen by the Court, the attorneys, and the defendant, and will be destroyed when this case is final and complete. If you have difficulty answering a question, please indicate in the space provided why you have difficulty answering the question.

### Government's Proposed Questions

Darui responds to the government's proposed questions as follows:

1. Agreed.

2. Agreed.

3. Agreed.

4. Objection. This question constitutes a commentary on the expected evidence. It is also inappropriate for a jury questionnaire which is, in effect, voir dire.

5. Objection. This question constitutes a commentary on the expected evidence. It is also inappropriate for a jury questionnaire which is, in effect, voir dire.

6. Agreed, as modified below:

The judge in this case is Royce C. Lamberth. The United States is represented by Assistant United States Attorneys Tejpal S. Chawla and Ronald W. Sharpe. Farzad Darui is represented by Aaron S. Book, Victoria Toensing, and Steven T. Webster. None of the attorneys are affiliated with, or members of, the Islamic Center, Blue Line Travel, Inc., or Zaal Inc. Witnesses that may be called by the government are: [*The Government will provide its list of potential witnesses to the Court before trial*]. Witnesses that may be called by the defense are: [*The Defense will provide its list of potential witnesses to the Court before trial*]. Do you know the judge, any of the attorneys in the case, the witnesses in this case, or have you ever visited or conducted business with the Islamic Center of Washington, D.C., Blue Line Travel, Inc., or Zaal, Inc.? If your answer is yes, please explain your relationship.

-3-

      7.      Agreed.

      8.      Agreed.

      9.      Agreed.

      10.     Agreed, as modified below:

Do you have any bias, prejudice or other strong feelings for or against law enforcement, the United States Attorney's Office, or the Federal Bureau of Investigation? If your answer is yes, please explain.

      11.     Agreed, as modified below:

Have you, or any of members of your family, either as an individual or in the course of business, ever been a party to any legal action or dispute with the United States, any officer, department, agency, or employee of the United States, the Internal Revenue Service, the Federal Bureau of Investigation, or had any interest in any such legal action or dispute or its verdict? If your answer is yes, please identify the case or dispute and provide a summary.

      12.     Agreed, as modified below:

Have you ever been a witness or a complainant in any criminal case (for the government or the defense), state or federal? If your answer is yes, please identify the case and provide a summary.

      13.     Agreed.

      14.     Agreed.

      15.     Defendant does not necessarily object but suggests the following more complete alternative:

Please provide the following background information about yourself:

(a)    Name: _____;

(b)    Address: _____;

-4-

(c)  Place of birth: _____;

(d)  Native language: _____;

(e)  Level of education: _____;

If you are presently a student, please describe briefly your area of study._____

Name any degrees you have earned and your major areas of study._____

_____

Even if you have never earned a law degree, please describe any law courses you have had (for example, business law courses in college, paralegal programs).

_____

(f)  Present occupation: _____

Are you: (Check any and all that apply)

Self-employed? _____

Employed full-time? _____

Employed part-time? _____

Working in the home? _____

Unemployed/laid off? _____

Retired? _____

Student? _____

Disabled and unable to work? _____

(g)  Length of time in current job: _____;

(h)  Employer: _____;

(i)  Other employment over the past five years:

_____

_____

_____;

(j)  Marital status: _____;

(k)  Number and age(s) of children, if any:

_____

_____

(l)  Religion: _____.

    16.  Agreed.

    17.  Agreed.

    18.  Agreed.

    19.  Agreed.

    20.  Agreed.

    21.  Agreed.

    22.  Agreed.

    23.  Agreed.

    24.  Agreed.

    25.  Agreed.

    26.  Agreed.

    27.  Agreed, although if the potential juror has a problem reading English, he or she may not be able to answer this question.

    28.  Agreed.

-6-

29. Agreed.

30. Agreed.

31. Agreed.

32. Agreed.

33. Agreed.

34. Agreed.

35. Agreed.

36. Objection. This question constitutes a commentary on the expected evidence. It is also inappropriate for a jury questionnaire which is, in effect, voir dire.

37. Agreed, as modified by the underlined text:

The function of the jury is to decide questions of fact. As a juror, you are the sole judge of the facts and nothing the Court or the attorneys say or do may intrude in any way on your role as the exclusive fact finder. However, when it comes to the law, you are to take your instructions from the Court, and you are bound by those instructions. You may not substitute your ideas of what the law is or what you may think the law should be. At the conclusion of this case, your job will be to determine whether or not, <u>under the instructions of law given by the Court</u>, the defendant is guilty <u>beyond a reasonable doubt</u> as charged in the Superseding Indictment. Do you have any bias or prejudice that might prevent or hinder you from accepting the instructions of law that I will give you in this case? If your answer is yes, please briefly explain why.

38. Agreed.

39. Objection. This is an instruction, not a question.

40. Objection. This question suggests there will be a finding of guilt and therefore should not be given. If some form of this instruction is given, there should be a companion "innocence" version or it should be modified to be neutral as to outcome.

41. Agreed.

## Additional Proposed Questions

42. What newspapers and magazines do you read regularly?

43. What television news shows do you watch regularly?

44. What blogs on the internet do you read regularly?

45. Do you have a web site, a blog, or a space on internet social networking sites such as Facebook or My Space? If yes, please give details.

46. Do you belong to any clubs, associations or civic groups, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters or any other organization? Please identify.

47. Do you have any bumper stickers on your car? If yes, please describe.

48. Have you ever served as a juror in a criminal case? If yes, please describe the date(s), the jurisdiction (e.g., D.C. Superior Court), type of criminal charge(s), and the verdict (if any).

49. Have you ever served as a juror in a civil case? If yes, please describe the case.

50. Have you ever served as a grand juror?

51. If you have served on a jury, have you ever served a jury foreperson?

52. If you have ever served as a juror, did you find the experience to be a positive one?

53. Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?

54. When you feel you are correct, will you still listen to the arguments of others who do not agree with you? Please explain your answer.

55. What are the qualities that you think would make you a good juror?

                              FARZAD DARUI

                              By: /s/ Victoria Toensing
                              Victoria Toensing (DC Bar #304980)
                              Joseph diGenova
                              Brady Toensing
                              diGENOVA & TOENSING, LLP
                              1776 K Street, N.W., Suite 737
                              Washington, D.C. 20006
                              (202) 289-7701
                              (202) 289-7706 (fax)
                              Counsel for Defendant


                              By: /s/ Aaron S. Book
                              Aaron S. Book (DC Bar # 490815)
                              Steven T. Webster (admitted *pro hac vice*)
                              WEBSTER BOOK LLP
                              1 North King Street
                              Leesburg, Virginia 20176
                              703-779-8229
                              703-991-9178 (fax)
                              Counsel for Defendant

-9-

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald Sharpe, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

/s/ Victoria Toensing
Victoria Toensing