UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 07-149 (RCL)<br>FARZAD DARUI, )<br>)<br>Defendant. )<br>) | |

## ORDER

In light of defendant's Motion [56] to Compel Disclosure of Evidence Regarding Interviews Conducted by Special Agent Jeffrey Harry, it is hereby

ORDERED that the government shall deliver all evidence of the interviews of Farzad Darui and Abdullah Khouj by Special Agent Harry forthwith for the Court's *ex parte*, *in camera* review.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 30, 2008.