**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**CHIEF JUDGE ROYCE C. LAMBERTH**

FILED

MAY 0 5 2008

Clerk, U.S. District and
Bankruptcy Courts

CASE No. 07-149

United States of America

vs.

Farzad Darui

Defendant

## JUROR QUESTIONNAIRE

**TO THE PROSPECTIVE JUROR:**

You have been selected as a prospective juror in the case of <u>United States of America v.</u> <u>Farzad Darui</u>. The trial of this case is set to begin when jury selection is completed, and is expected to last approximately 2 weeks, but could run longer or shorter. Court will generally hold trial five days out of the week, Monday through Friday. Those selected as members of the jury will live at home and have their evenings and weekends free to themselves. Your contact with other people will not be restricted, although you will, of course, not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive.

This questionnaire is being distributed to you to assist the Court in selecting a jury to hear this case. The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury. The purpose of this questionnaire is to save time and avoid jurors having to sit and wait before they answer these or similar questions in person. After a jury has been selected, all copies of your response to this questionnaire will be

returned to the Clerk of the Court and kept in confidence, under seal, not accessible to the public

or the media. The attorneys are under orders to maintain the confidentiality of any information

they learn in the course of reviewing this questionnaire.

Farzad Darui, has been charged by the United States in a Superseding Indictment with the

commission of federal and local crimes in the District of Columbia. The government alleges that

the defendant committed mail fraud, interstate transportation of stolen property, money

laundering, and first degree theft. The Superseding Indictment also seeks criminal forfeiture from

the defendant. The defendant asserts that he is not guilty of the charges and is exercising his right

to require the government to prove the charges beyond a reasonable doubt.

The purpose of this questionnaire is to encourage your full expression and candor so that

all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this

case. Your full written answers will save all of the parties, the Court, and yourself, a great deal of

time. Please do not discuss with anyone any question or answer you give on this questionnaire.

You are expected to sign the questionnaire. Your answers will have the effect of a statement

under oath, and will only be used by the Court and counsel in selecting a jury in this case.

Please answer each question below as completely and accurately as you reasonably can.

Do keep in mind that there are no "right" or "wrong" answers, only complete and incomplete

answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question

does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot

answer a question because you do not understand it, write "Do not understand" in the space after

the question. If you cannot answer a question because you do not know the answer, write "Do not

know" in the space after the question. If you need extra space to answer any question, please use

the space on the last page of the questionnaire. If you use the extra space, be sure to indicate on

the blank page the number of the question you are answering. Please write or print legibly using a

black or blue pen. If your answers are illegible, you may be required to re-copy your answers.

When the jury selection process begins in court, you may be asked some follow-up

questions based on one or more of your answers to the questionnaire.

In addition, now that you are a prospective juror, you MUST follow the instructions listed

below until you have been excused from further service in this case.

> **DO NOT** read anything whatsoever about this case.
> Please avoid any newspaper accounts that may relate
> to this case.

> **DO NOT** read or listen to any news accounts
> whether in a newspaper, on the television, or on the
> radio concerning this case or about the defendant.

> **DO NOT** at any time discuss this case with anyone,
> including your friends, family members, or other
> members of this jury panel.

> **DO NOT** let anyone, including friends, family
> members, court personnel, parties in this case, or
> persons involved in the case, talk to you about your
> views or any aspect of this case except officially in
> the courtroom.

Thank you for your cooperation with these instructions and for your careful and honest

responses to the questionnaire. Your forthright and full cooperation is of vital importance to the

Court and the parties.

**ROYCE C. LAMBERTH**
Chief Judge
United States District Court

Juror No.:_____

## I. PRELIMINARY MATTERS

1.  The trial in this case may last 2 weeks, and could run longer or shorter.  The jury will
    generally sit five days a week from 9:30 a.m. to 5:00 p.m., Monday through Friday.
    Understanding that jury selection is the solemn duty of any U.S. citizen, if selected as a
    juror, is there any reason why you would be unable to serve?

    _____ Yes    _____ No

    If yes, please explain. _____
    _____
    _____

2.  Do you have, or does any member of your household have any medical or psychological
    condition that would make it difficult for you to serve as a juror?

    _____ Yes    _____ No

    If yes, please explain. _____
    _____
    _____

3.  Are you currently taking any medication on a regular basis which makes you drowsy or
    would otherwise interfere with your ability to serve as a juror in this case?

    _____ Yes    _____ No

    If yes, please state the name of the medication and explain:
    _____
    _____
    _____

4.  Prior to today, have you asked to be excused from this jury panel?

    _____ Yes    _____ No

    If yes, on what basis?
    _____
    _____

4

Juror No.:_____

5.  What is the condition of your hearing?
    ___   No problems at all
    ___   Have difficulty hearing
    ___   Have problems, but they are corrected with a hearing aid

6.  What is the condition of your eyesight?
    ___   No problems at all
    ___   Have difficulty seeing
    ___   Have problems, but they are corrected by glasses or contact lenses

7.  Do you have any serious personal, professional, or financial issues that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial?

    _____ Yes     _____ No

    If yes, please explain. _____
    _____
    _____

8.  Will your employer continue to pay your salary if you are selected to serve on this jury ?

    _____ Yes     _____No     _____ Not sure

9.  Do you read, speak and understand English?
    ____   Yes
    ____   With difficulty
    ____   No

10. Some of the witnesses in this case will speak in foreign languages and their testimony will be translated for you by the Court's interpreter.  If you speak another language, you would have to accept the Court interpreter's translation of what the witnesses in this case said, even if it differed from your own understanding of the foreign language.  Would you have any difficulty following this instruction, and paying attention to, and following, testimony presented in this fashion?

    _____ Yes     _____ No

    If yes, please explain. _____
    _____
    _____

Juror No.:_____

11.    Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person as a juror in a criminal case?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____

12.    One of the witnesses in this case will likely be an imam, which is an Islamic religious leader or scholar. If selected as a juror in this case, you will be instructed to evaluate the testimony of this individual in the same way you evaluate the testimony of any other witness—not giving the person's testimony either more or less weight merely because he or she is a Muslim or a religious leader or scholar. Do you feel that you would have any difficulty fairly and impartially deciding a case involving the testimony of an imam?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____

13.    Some of the witnesses in this case will be Muslim and/or originate from countries in Africa or the Middle East, including Senegal and the Kingdom of Saudi Arabia. The attorneys in this case are also of diverse backgrounds. Will any person's race, gender, nationality or religion affect your ability to be a fair and impartial juror in this case?

_____ Yes    _____ No

14.    This case may receive media attention. It is important that this case be decided solely on the evidence presented in the courtroom and not on the basis of information obtained outside the courtroom. I will be advising you periodically that you must avoid reading about the case in the newspapers or listening to any radio or television reports about the case, and that you must avoid discussing this case with friends or family during the course of the trial. Would these requirements pose any difficulty for any of you?

_____ Yes    _____ No

6

Juror No.:_____

## II. BACKGROUND

15.    What is your age? _____

16.    Place of birth: _____
            City                    State                Country

17.    In what section or quadrant of the city do you live?

        ____ SE              ____ SW
        ____ NE              ____ NW

18.    What is your neighborhood called?  (Shaw, Adams Morgan, Georgetown, etc.)  What
        ward of the city do you live in?

        _____

19.    What is your current marital status? (Check all that apply.)

        ____ Single                  ____ Divorced
        ____ Married ___ years       ____ Divorced and remarried
        ____ Living with someone     ____ Widowed
        ____ Separated

20.    Please check the level of education you have completed.

            (a)    Some high school            _____
            (b)    High school graduate        _____
            (c)    Some college                _____
            (d)    College degree              _____
            (e)    Graduate degree             _____

21.    Are you attending school now?

        _____ Yes      _____ No

        If yes, please explain. _____
        _____
        _____

22.    Have you, any members of your family, or any close friends ever attended law school,
        taken paralegal course work, participated in a clinical program involving criminal law

7

Juror No.:_____

issues, or received any other type of legal training?

(a)    If yes, please describe._____
_____
_____

(b)    As a result of this legal experience do you believe you would be <u>unable</u> to follow
the Court's instructions on the law if selected as a juror?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____

23.    Please list any television news programs that you watch, including investigative news
programs, and how frequently (e.g., daily, occasionally, rarely).

_____
_____
_____

24.    Please list the newspapers or magazines that you regularly read.

_____
_____
_____

25.    What Internet sites or blogs do you regularly visit?

_____
_____
_____

26.    Do you have bumper stickers on your vehicles?  If so, what do they say?

_____
_____

27.    To which societies, unions, professional associations, civic clubs, fraternities, sororities,
or other organizations do you belong?

_____
_____
_____

Juror No.:_____

### III. EMPLOYMENT

28.  What is your occupational status?  (Check all that apply.)

     _____ Work full-time outside the home     _____ Student
     _____ Work part-time outside the home     _____ Retired
     _____ Full-time homemaker     _____ Disabled
     _____ Homemaker with part-time employment     _____ Other: _____
     _____ Unemployed

29.  If you are employed, please list:

    (a)    Current occupation: _____
    (b)    Current employer: _____
    (c)    Nature of work: _____

30.  Check  the following category that best describes your current employer :

     _____ Federal government agency     _____ Private, for-profit organization
     _____ State government agency     _____ Private, not-for-profit organization
     _____ County government agency     _____ Financial institution
     _____ City government agency     _____ Self employed
                              _____ Other: _____

31.  How long have you worked there? _____

32.  Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the U.S. Attorney's Office, the Metropolitan Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Central Intelligence Agency, the Internal Revenue Service, Capitol Police, Park Police, Federal Protective Service, investigative divisions of any federal, state, or local agency, any prosecutors' offices, or the Department of Justice?

    (a)    If yes, please describe. _____
_____
_____

    (b)    As a result of the experience described in your answer to question 32(a), do you believe you would be unable to be fair and impartial to both sides if selected as a juror for this case?

9

Juror No.:_____

_____ Yes    _____ No

If yes, please explain._____
_____
_____

33.  Have <u>you</u>, any members of <u>your family</u>, or any <u>close friends</u> ever been employed by, or made any application for employment with, any organization or firm involved in criminal defense work, including, but not limited to being an attorney or paralegal in a criminal defense law firm, a federal, state, or local Public Defender's office, a legal clinic service for criminal defendants, a non-profit organization involving criminal law issues, or otherwise been involved in any way in the defense of a criminal case?

_____ Yes    _____ No

(a)  If yes, please describe.  _____
_____
_____

(b)  As a result of the experience described in your answer to question 33(a), do you believe you would be <u>unable</u> to be fair and impartial to both sides if selected as a juror for this case?

_____ Yes    _____ No

If yes, please explain._____
_____
_____

34.  Have <u>you</u>, any members of <u>your family</u>, or any <u>close friends</u> belonged in the past five years to any group or organization that is active in law enforcement, crime prevention, criminal justice advocacy, or rehabilitative matters? (e.g., the Fraternal Order of Police, Crimewatch, Crime Stoppers, Orange Hats, Neighborhood Advisory Committee, the American Civil Liberties Union, the Federalist Society, the National Rifle Association, Mothers Against Drunk Driving (M.A.D.D.), crime victim or related groups, etc.)

(a)  If yes, please explain.  _____
_____
_____

(b)  As a result of the experience described in your answer to question 34(a), do you believe you would be <u>unable</u> to be fair and impartial to both sides if selected as a

10

Juror No.:_____

juror for this case?

_____ Yes     _____ No

If yes, please explain. _____
_____
_____

35.   Have you ever held a leadership position in a religious organization? If your answer is yes, please identify the position and the organization.

_____ Yes     _____ No

If yes, please give your position and organization:_____
_____

36.   Have you ever been a treasurer or accountant of a non-profit organization?

_____ Yes     _____ No

If yes, please give your position and organization:_____
_____

37.   Have you personally been involved in a dispute related to a non-profit organization's finances?

_____ Yes     _____ No

If yes, please provide a brief summary of the dispute:_____
_____
_____
_____

38.   Are you, or any close friend, or members of your family, currently or previously associated with any non-governmental organization that is involved in advocacy relating to Middle Eastern affairs?

_____ Yes     _____ No

If yes, please provide an explanation of that contact:_____
_____
_____

11

Juror No.:_____

## IV. LAW ENFORCEMENT OR LEGAL CONTACTS

39.    Do you know, or have any association—professional, business, or social, direct or
       indirect—with any member of the staff of the United States Attorney's Office for the
       District of Columbia, the Federal Bureau of Investigation, or the U.S. Postal Inspection
       Service?

       _____ Yes      _____ No

       If yes, please explain the nature of the relationship._____
       _____
       _____

40.    Do you have any bias, prejudice or other strong feelings for or against law enforcement,
       the United States Attorney's Office, or the Federal Bureau of Investigation?

       _____ Yes      _____ No

       If yes, please explain. _____
       _____
       _____

41.    Do you believe that a law enforcement witness from the United States Postal Inspection
       Service or the Federal Bureau of Investigation is entitled to more credibility or less
       credibility than other witnesses who testify in a trial?

       _____ Yes      _____ No

       If yes, please explain. _____
       _____
       _____

42.    Do you believe a law enforcement officer has a more accurate memory or can see, hear or
       perceive facts better than another witness because of the officer's training?

       _____ Yes      _____ No

       If yes, please explain. _____
       _____
       _____

Juror No.:_____

43.    Have <u>you</u>, any members of <u>your family</u>, or any <u>close friends</u> ever: (please circle yes or no)

|     |     | Self | Family Member | Close Friend |
|-----|-----|------|---------------|--------------|
| (a) | Been accused of a crime? | yes / no | yes / no | yes / no |
| (b) | Been arrested for a crime? | yes / no | yes / no | yes / no |
| (c) | Been convicted of a crime? | yes / no | yes / no | yes / no |
| (d) | Been a victim of crime? | yes / no | yes / no | yes / no |
| (e) | Been a witness to crime? | yes / no | yes / no | yes / no |
| (f) | Testified in court or before a grand jury as a witness to a crime? | yes / no | yes / no | yes / no |
| (g) | Had to appear in court for any reason? | yes / no | yes / no | yes / no |

If so, do you believe that as a result of your experience, or the experience of your family members or close friends, that you would be <u>unable</u> to be fair and impartial to both sides if selected as a juror in this case?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____
_____
_____
_____
_____

44.    Do you believe that you, any members of your family, or any close friends were ever falsely accused of a crime?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____
_____

45.    Have <u>you</u>, or any of members of <u>your family</u>, either as an individual or in the course of

13

Juror No.:_____

business, ever been a party to any legal action or dispute with the United States, any officer, department, agency, or employee of the United States, the Internal Revenue Service, the Federal Bureau of Investigation, or had any interest in any such legal action or dispute or its verdict?

_____ Yes      _____ No

If yes, please provide an explanation of that contact._____
_____
_____

## V. JURY SERVICE AND THE LAW

46.   What is your opinion regarding the effectiveness of the criminal justice (court and trial) system?

_____ It is working very well.
_____ It is working adequately.
_____ It is not working well at all.

Please comment if you desire. _____
_____
_____
_____

47.   Have you ever served on a jury?      _____Yes   _____No

(a)   If yes, please provide the following information.

| Year | Civil or Criminal Case | Was a Verdict Reached? | |
|---|---|---|---|
| _____ | _____ | _____Yes | _____No |
| _____ | _____ | _____Yes | _____No |
| _____ | _____ | _____Yes | _____No |
| _____ | _____ | _____Yes | _____No |

(b)   If you have served on a jury, have you ever served as the foreperson?

_____ Yes      _____ No

(c)   Was your experience as a juror a positive one?      _____Yes   _____No

14

Juror No.:_____

(d)  As a result of your experience on a jury, do you believe that you would be <u>unable</u> to be fair and impartial to both sides if selected as a juror in this case?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____

48.  Do you know any other prospective juror in this case?

_____ Yes    _____ No

If yes, do you believe that serving on a jury with him/her would cause you to be <u>unable</u> to be fair and impartial to both sides if selected as a juror in this case?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____

49.  Have you ever served on a grand jury?    _____ Yes    _____ No

If yes, do you believe that as a result of your experience on a grand jury you would be <u>unable</u> to apply the higher standard of proof (i.e., beyond a reasonable doubt) required in a criminal case?

_____ Yes    _____ No

If yes, please explain. _____
_____
_____

50.  To reach a verdict, every juror must agree on the verdict.  That is, any verdict must be unanimous.  In deliberations you must consider the opinions and points of your fellow jurors.  In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict.  Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

_____ Yes    _____ No

15

Juror No.:_____

If yes, please explain. _____
_____
_____

51.    Do you feel that you would tend to go along with the majority of jurors even if you did not agree just because you were in the minority?

_____ Yes     _____ No

If yes, please explain. _____
_____
_____

## VI. ALLEGATIONS and TRIAL PROCEDURE

52.    Do you have any personal knowledge of the charges or facts alleged in the Superseding Indictment in this case?

_____ Yes     _____ No

If yes, please state what you know and the how you have come to learn this information.
_____
_____
_____

53.    Have you read or heard about anything about this case in the media or the news?

_____ Yes     _____ No

If yes, would the information you have learned through the media or news cause you to feel that you cannot decide the fact issues of this case fairly and impartially?

_____ Yes     _____ No

If yes, please state the basis of your information, and why you believe you cannot be fair or impartial.
_____
_____
_____

54.    The function of the jury is to decide questions of fact. As a juror, you are the sole judge of the facts and nothing the Court or the attorneys say or do may intrude in any way on your role

Juror No.:_____

as the exclusive fact finder. However, when it comes to the law, you are to take your instructions from the Court, and you are bound by those instructions. You may not substitute your ideas of what the law is or what you may think the law should be. At the conclusion of this case, your job will be to determine whether or not, under the instructions of law given by the Court, the defendant is guilty beyond a reasonable doubt as charged in the Superseding Indictment. Do you have any bias or prejudice that might prevent or hinder you from accepting the instructions of law that I will give you in this case?

_____ Yes      _____ No

If yes, please briefly explain why._____

_____

_____

55.   The law requires that the jurors weigh the evidence in a case and determine whether a defendant is guilty or not guilty solely upon the basis of the evidence, without any consideration of the matter of punishment and without prejudice, fear, sympathy or favoritism. Do you believe that you would have difficulty following this instruction?

_____ Yes      _____ No

If yes, please explain. _____

_____

_____

56.   Neither the defendant nor his attorneys have any responsibility under the law to prove the defendant's innocence. Because the defendant is presumed innocent, he need not testify, nor offer any evidence. Even if he chooses to testify, the burden of proof does not shift or diminish the obligation of the government to prove the defendant's guilt beyond a reasonable doubt. Do you have any hesitancy in following these rules?

_____ Yes      _____ No

If yes, please explain. _____

_____

_____

57.   If you are chosen as a juror in this trial, at the end of the trial, the Court will instruct you as follows: "If you find the government has proven beyond a reasonable doubt every element of the offense with which the defendant is charged, you must find him guilty. On the other hand, if you find the government has failed to prove any element of the offense beyond a

Juror No.:_____

reasonable doubt, you must find the defendant not guilty." Can you and will you follow this instruction?

_____ Yes     _____ No

If not, please explain. _____

_____
_____
_____

58.    All selected jurors in this trial will take an oath to follow the law as instructed by this Court. Would you be able to accept and follow the Court's instruction regarding the law?

_____ Yes     _____ No

If no, please explain. _____

_____
_____

59.    If, during jury deliberations, a fellow juror should suggest that you disregard the law or the evidence, and decide the case on other grounds, would you, as a juror, be able to reject the suggestion and abide by your oath to this Court to decide the case solely on the evidence and the law as the Court instructs you to do, without regard to sympathy, bias, or prejudice?

_____ Yes     _____ No

If no, please explain. _____

_____
_____

## VII. CONTACT WITH PARTIES AND WITNESSES

60.    The judge in this case is the Honorable Chief Judge Royce C. Lamberth.

Do you know or have you had contact with him? _____ Yes          _____No

If yes, please explain. _____

_____
_____

Juror No.:_____

61.  The defendant at trial is Farzad Darui.

Do you know or have you had contact with him? _____ Yes _____No

If yes, please explain. _____
_____
_____

62.  In this case, the government will be represented by two Assistant United States Attorneys. Do you know or have you had contact with either of the individuals named below?

Tejpal Chawla       _____ Yes  _____No
Ronald W. Sharpe    _____ Yes  _____No

63.  The defendant in this case is represented by lawyers who practice in the Washington, D.C. area. None of the attorneys are affiliated with, or members of, the Islamic Center, Blue Line Travel, Inc., or Zaal Inc. Do you know or have you ever had any contact, whether social or professional, with any of the following attorneys?

Aaron S. Book         _____ Yes  _____No
Victoria Toensing      _____ Yes  _____No
Stephen T. Webster    _____ Yes  _____No

64.  Do you know any of the following prospective government witnesses?

**SEE ATTACHMENT A**

65.  Do you know any of the following prospective defense witnesses?

**SEE ATTACHMENT B**

66.  Have you ever visited or conducted business with the Islamic Center of Washington, D.C., located at 2551 Massachusetts Avenue, N.W., Blue Line Travel, Inc., or Zaal, Inc?

_____ Yes  _____ No

If yes, please explain. _____
_____
_____

19

Juror No.:_____

67.  Are you, any members of your family, or any close friends currently or previously
     associated with, or employed by, the Islamic Center of Washington, D.C., Blue Line
     Travel, Inc., or Zaal, Inc.?

     _____ Yes      _____ No

     If yes, please provide an explanation of your relationship. _____
     _____
     _____

68.  Are you, any members of your family, or any close friends employed by, or work with,
     any of the following entities?  (Note:  Do not respond with a yes to this question if your
     only interaction with any of these companies is merely as a utility subscriber to DC
     WASA, PEPCO, or Washington Gas.)  Please circle yes or no.

     | | |
     |---|---|
     | yes / no | Aetna Health Insurance (based in Connecticut) |
     | yes / no | Ayala & Associates (accountants, based in Virginia) |
     | yes / no | Bank of America (based in North Carolina) |
     | yes / no | BFI Waste Services (trash hauling, based in Virginia) |
     | yes / no | CNA Insurance (based in Illinois) |
     | yes / no | Chantilly Printing and Graphics Company (based in Virginia) |
     | yes / no | C.B. Lucas Company (air conditioning contractor, based in Virginia) |
     | yes / no | D.C. Water and Sewer Authority – DC WASA-- (based in D.C.) |
     | yes / no | S. Freedman & Sons, Inc. (Paper, maintenance and restaurant supplies, based in Maryland) |
     | yes / no | Gaithersburg Cooling Company (air conditioning contractor, based in Maryland) |
     | yes / no | George Washington University Health Plan (insurance, based in D.C.) |
     | yes / no | ISI Security Inc. (based in Maryland) |
     | yes / no | J.P. Flanagan Corporation (insurance brokerage, purchased by Hub International in 2001, based in Illinois) |
     | yes / no | Loyal Restroom Services (restroom supplies, based in Virginia) |
     | yes / no | Paul E. Pennoyer & Associates (insurance broker, based in Maryland) |
     | yes / no | PEPCO (based in Maryland) |
     | yes / no | RJH Air Conditioning and Refrigeration Service, Inc. (based in D.C.) |
     | yes / no | Travelers Insurance (based in Florida) |
     | yes / no | Washington Gas (based in D.C.) |

Juror No.:_____

yes / no    Web Graphics (based in Virginia)
yes / no    World Composition Services (graphics & language company,
            based in Virginia)

If your answer is yes, please explain your relationship._____
_____
_____

## VII.  CONCLUSION

69.    Is there any reason you can think of, whether or not it has been covered by a previous
       question, why you could <u>not</u> sit fairly, attentively, and impartially in this case?

       _____Yes    _____No

       Please explain:
       _____
       _____
       _____

70.    Is there any matter not covered by this questionnaire that you think the attorneys or Court
       might want to know about you when considering you as a possible juror in this case?

       _____ Yes    _____ No

       If yes, please explain. _____
       _____
       _____
       _____
       _____

Juror No.:_____

## SIGNATURE

I _____, hereby declare under
(Print Your Name)
penalty of perjury that the answers set forth in this juror questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions in this jury questionnaire myself.

Executed in the District of Columbia, this _____ day of May, 2008.

_____
(Your signature)

**PLEASE MAKE SURE YOUR JUROR NUMBER IS ON EVERY PAGE**

Juror No.:_____

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS.  **BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING:**

*CR 07-149*

Juror No.:_____

## ATTACHMENT A

Question 64:

Do you know or have you ever had any contact with any of the following prospective government witnesses?

| | | |
|---|---|---|
| Nabil Albakri | _____ Yes | _____No |
| Felix N. Ayala | _____ Yes | _____No |
| Samba Ba | _____ Yes | _____No |
| Alioune Bangoura Seck | _____ Yes | _____No |
| Ted M. Burkes | _____ Yes | _____No |
| Brian L. Crews | _____ Yes | _____No |
| Erica M. Fowler | _____ Yes | _____No |
| William W. Frazier | _____ Yes | _____No |
| Mariela D. Garrido | _____ Yes | _____No |
| Roshani B. Ghayal | _____ Yes | _____No |
| Fatoumata Diallo Goodwin | _____ Yes | _____No |
| Mohamed HagMagid | _____ Yes | _____No |
| Meredith Haussler | _____ Yes | _____No |
| Jeffrey J. Hays | _____ Yes | _____No |
| Aston George James | _____ Yes | _____No |
| Abassie Jarr-Koroma | _____ Yes | _____No |
| Robert Jodoin | _____ Yes | _____No |
| Kimberly J. Klaiber | _____ Yes | _____No |

**FILED**

**MAY – 5 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Juror No.:_____

Abdullah Muhammad Khouj        _____ Yes     _____No

Reju K. Kurian                 _____ Yes     _____No

Jeanie Latimore-Brown          _____ Yes     _____No

Kendra McLamb                  _____ Yes     _____No

Michael J. McGillicuddy        _____ Yes     _____No

Steven W. Meckl                _____ Yes     _____No

Minardo M. Miyake              _____ Yes     _____No

Hasan H. Oberoi                _____ Yes     _____No

Josephina Moreno Ortega        _____ Yes     _____No

Stanley K. Peoples             _____ Yes     _____No

Edgar Enrique Garrido Rodriguez _____ Yes    _____No

Saundra C. Ruffin              _____ Yes     _____No

James M. Swiatocha             _____ Yes     _____No

Jeffrey Taylor                 _____ Yes     _____No

Kevin Towers                   _____ Yes     _____No

Mark A. Winters                _____ Yes     _____No

Noufissa Zouhri                _____ Yes     _____No

Rachida Zouhri                 _____ Yes     _____No

*CR 07-149*

Juror No.:_____

## ATTACHMENT B

<u>Question 65</u>:

     Do you know or have you ever had any contact with any of the following prospective defense witnesses?

| | | |
|---|---|---|
| Ahmed, Ara | _____ Yes | _____No |
| Beason, Timothy | _____ Yes | _____No |
| Boddie, Monika | _____ Yes | _____No |
| Cagney, William B. | _____ Yes | _____No |
| Caracuel, Joseph | _____ Yes | _____No |
| Challel, Aziza | _____ Yes | _____No |
| Crowl, Dana B. | _____ Yes | _____No |
| Dhillon, Mahesh | _____ Yes | _____No |
| Elsayed, Sheik Shaker | _____ Yes | _____No |
| Garrido, Mariela | _____ Yes | _____No |
| Green, Kenny | _____ Yes | _____No |
| Harry, Jeff | _____ Yes | _____No |
| Ikun, Ningrum | _____ Yes | _____No |
| Obenhein, Everett | _____ Yes | _____No |
| Quiñones, Pedro | _____ Yes | _____No |
| Reyes, Ana | _____ Yes | _____No |
| Richards, Gerald | _____ Yes | _____No |

FILED

MAY - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Juror No.:_____

Serkin, Celia           _____ Yes      _____No

Sommerstein, Adam        _____ Yes      _____No

Watkins, Robert         _____ Yes      _____No

Whitworth, Mark        _____ Yes      _____No

Winters, Mark          _____ Yes      _____No