UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 07-149 (RCL) |
| : | |
| FARZAD DARUI : | |
| : | |
| Defendant : | |
| : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO
EXCLUDE OR LIMIT GOVERNMENT'S EXPERT TESTIMONY**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant's Motion to Exclude or Limit Government's Expert Testimony. As is more fully discussed below, there is no basis for the defendant's motion, and the government asks this Court to deny the motion.

**I.    Testimony of FBI Special Agent Kimberly Klaiber is Proper As a Fact Witness, and Has Been Properly Noticed Pursuant to Rule 16 in Any Event**

The government intends to introduce evidence that certain computer files were recovered from the computers and loose media (i.e. CD's and floppy diskettes) that were seized by the FBI during the executions of search warrants at the Islamic Center, Blue Line Travel, and the Defendant's home. The government has identified these documents to the defense on numerous occasions prior to trial and has provided a key which indicates where each page of material was located. See Attachment 1, Exhibit 295. Special Agent Kimberly Klaiber prepared this key, and her testimony is limited to the characteristics of the electronic media she reviewed and the location of the specific file items (which are Exhibits 255, 257 and 258). In addition to providing this key in discovery, as well as her reports, the Government also explicitly provided

notice to the defense of its intent to call Special Agent Klaiber as a fact witness concerning the location of these files on electronic media controlled by the defendant; importantly, the government, in that same letter, identified her expertise as a forensic computer expert under Rule 16 on April 21, 2008, if required by the Court.  The defense has long known the government's intent to call Special Agent Klaiber to establish where the recovered electronic media was found.  It is telling that, after trial has commenced, that the defense now claims some sort "surprise."  There is no surprise to her testimony, and her testimony is appropriate both as a fact witness and an expert (if necessary).

      Special Agent Klaiber will provide testimony concerning three categories of electronic file items:

    (1)    ordinary program files found on the electronic media (disks, CD's and hard drives), which are located at Exhibits 258 and 255 (all bates numbered documents beginning with B134 and B137, and at B138-000001 to 03, and B139-00001);

    (2)    file items that were deleted from a hard drive but are still intact, identifiable, and viewable, which is located in part on Exhibit 255 (bates range B139-0000002 to 012); and,

    (3)    three file items that were found in disk free space, which is computer memory that is used temporarily to store documents such as auto recovery files.  These items are part of Exhibit 257, and identified by bates numbers 1B138-000004 to 011.

While SA Klaiber does have technical and specialized knowledge in the area of computer examination, and the government can qualify her as an expert if the Court requires, the government does not believe this is necessary, and that the information she will convey is

appropriate as a fact witness.

Specifically, SA Klaiber will only testify that certain electronic file items were found stored on floppy disks, CDs or on a computer hard drive that was seized in a search warrant in this case. This testimony that is not beyond the experience of the average juror, who has almost certainly used a computer before, knows how a file is saved on a disk (i.e. "A:\Center PO Box.doc"), and is aware that computers electronically autosave and/or store files even if the user of the computer attempts to delete the files. Several courts have recognized that the mere finding of specific electronic file items on a computer does not require expert testimony. See, e.g., Furmanite America, Inc. v. T.D. Williamson, Inc., 506 F.Supp.2d 1126, 1132 (M.D. Fla. 2007) (computer forensic examiner could testify about data and information recovered from party's hard drive); Morgan v. U.S. Xpress, Inc., 2006 WL 278398 at *2-4 (M.D. Fla. Feb. 3, 2006) (classifying as fact witness, computer specialist who accessed, retrieved, and analyzed computer equipment); see also United States v. Simpson, 152 F.3d 1241 (10th Cir. 1998) (permitting fact testimony from computer specialist who imaged a computer hard drive, and permitting additional agent testify as a fact and expert witness regarding contents of computer hard drive).

Second, the technical issues which the defense points to in its motion, i.e. the forensic methods used by CART team members to ensure the integrity of the materials they copy, does not convert her fact testimony into expert testimony. In order to facilitate their review of materials, CART team members follow specific protocols to produce an identical image or copy of the electronic media without altering the content of the files (as many computer programs automatically pull information from the computer they reside on unless specific precautions are taken). After imaging these materials, SA Klaiber ran the resulting image through a

commercially available forensic recovery program, in this case Forensic Toolkit (FTK), which is a program that is a widely used, accepted, and relied upon software tool that can segregate, locate and extract from targeted media specified electronic data without altering its content. This process is fact-based, and does not require specific "scientific, technical, or other specialized knowledge" to "understand the evidence or to determine a fact in issue." FRE 702.

Lastly, if this Court believes SA Klaiber's testimony is more properly introduced as expert testimony, the government will qualify her as an expert. SA Klaiber is a certified FBI Computer Forensic Examiner who has examined over 172 different electronic media items, and has numerous computer certifications, including instruction on computers, data recovery and analysis, and FTK. See Attach. 2 (Resume of SA Klaiber). If required by the Court, the government will qualify SA Klaiber as an expert in her technical and specialized knowledge in the area of computer examination and not for her expertise in the fields of hardware or software development. See United States v. Scott-Emakpor, 2000 WL 288443, *12 (W.D. Mich. Jan 25, 2000) ("The question before the Court at this time is not whether these witnesses have the expertise, for example, to develop sophisticated software programs. The question is whether they have the skill to find out what is on a hard drive or a zip drive. Apparently, they have this skill because they determined what was on the drives").

**II.     Testimony of Forensic Document Expert Ted Burkes Has Been Properly Identified and There is No Surprise in His Testimony**

As this Court is aware, the government has not determined whether it will call Expert Ted Burkes in its case in chief. However, if it chooses to do so, it has properly noticed his testimony. Contrary to the defense's claim, the government's summary of Mr. Burke's testimony properly addresses each of the areas of his testimony.

As a preliminary matter, it is curious that the defense claims (again after trial has started) some sort of surprise about Mr. Burkes testimony: the government has discussed at length, at numerous status and motion hearings before the court, his anticipated testimony, and the defense has often asserted its claim (again in opening statement) that their asserted expert "trained" the government's expert. The defense has also asserted to the Court and the Government that it does not dispute that Mr. Burkes is qualified as a forensic expert witness. The government's expert designations clearly show that Mr. Burkes will testify about his conclusions in his expert reports, which are self-explanatory as to the appearance, alignment, non-alignment, of certain typed characters on a number of copies of certain checks and check stubs, and the following:

(1) the typing and correctional features of the seized typewriters (which are clearly identified in the typewriter manual provided to the defense in discovery, and discussed in the defense expert's report);

(2) the fact that the typewriters seized from Blue Line Travel and the Islamic Center type in non-proportional spacing, which is again apparent from the analysis he has already conducted (he could not make a conclusion about alignment if the document was in proportional spacing), the make and model of the print wheels seized, and is described in the typewriter manual provided to the defense in discovery;

(3) the fact that the typewriter font from the typewriter print wheels seized in the search warrants are consistent with the font on the pre- and post-altered check samples;

(4) that the typed characters on a document may be out of alignment if certain characters were added after the initial characters were typed; and

(5) the typed materials on the checks that were examined were not consistent with

proportional spacing.

See Def. Mot. at Exhs. B and H. Contrary to the defense claims, there is no mystery about Mr. Burkes testimony. He has concluded that the documents at issue were not typed in proportional spacing, that a number of check copies that he examined contain characters that are not in alignment (which is contrary to what would be expected from a document that was prepared without moving the document out of the typewriter), and that the typewriters used by the defendant could make these alterations. As has been previously discussed by government counsel to the Court, Mr. Burkes will testify that if characters are placed on a document in a typewriter, and the document is removed from the typewriter and reinserted at a later time, there is a significant likelihood that characters added to the document after this point will be out of alignment. Insofar as Mr. Burkes has concluded that the checks that he has found to be in alignment are considered by the government in this case to be pre-altered checks (i.e. copies made in the semi-monthly reports), this finding is consistent with the government's theory that the pre-altered checks were not fabricated.

     Even if the government's expert designation was not as clear as the defense would like, the fact that the defense expert has intimate knowledge of this subject area and has clearly opined on these exact same topics, clearly mitigates against any prejudice or surprise. Additionally, if the government calls Mr. Burkes to rebut the testimony of defense experts, he will certainly be able to address and rebut those expert opinions to the extent it is within his area of expertise.

### III.     **CONCLUSION**

For the foregoing reasons, the government believes that the Defense's Motion should be denied.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR

                                                UNITED STATES ATTORNEY

By:            /s/
        Tejpal S. Chawla, D.C. Bar No. 464012
        Ronald W. Sharpe, D.C. Bar. No. 434575
        Assistant United States Attorneys
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 353-2442 (Chawla)
        (202) 353-9460 (Sharpe)

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | BATES STAMP # | EXAMINED 1B# ITEM | DESCRIPTION OF EXAMINED 1B# ITEM | BATES STAMPED DOCUMENT 1B# ORIGIN | DESCRIPTION OF 1B# ORIGIN | QWF# LOCATION OF BATES STAMPED DOCUMENT | FILE PATH | LABEL FOUND ON ITEM | DATE AND LOCATION OF SEARCH SITE | LOCATION OF SEIZED ITEM AT SEARCH SITE |
| 1 | | | | | | | | | | |
| 2 | 1B134-000001 | 1B57 | DVD containing copies of images of hard drives/loose media from 1B1, 1B2, 1B6, 1B7, 1B11, 1B17, 1B20, 1B40. | 1B2 | Three (3) floppy disks | QWF2_1 | QWF2_1-0001\NONAME-FAT12\Accounts division Letter and lost statement.wps | 02 MSWorks D.K. Bank ParHat Files | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on table in Farzad Darui's office. |
| 3 | 1B134-000002 - 1B134-000008 | 1B57 | DVD containing copies of images of hard drives/loose media from 1B1, 1B2, 1B6, 1B7, 1B11, 1B17, 1B20, 1B40. | 1B2 | Three (3) floppy disks | QWF2_2 | QWF2_2-0002\NONAME-FAT12\Dr. Khouj Report to Board Dec.20.04.doc | 09/28/2006 Board of Governors Meeting December 20, 2004 | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on table in Farzad Darui's office. |
| 4 | 1B137-000001 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | QWF68_3 | QWF68_3\NONAME-FAT12\Center PO Box.doc | All MS Word IBM 3.02 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 5 | 1B137-000002 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | QWF68_17 | qwf68_17\NONAME-FAT12\MONTHLY EXPENDITURES 2.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 6 | 1B137-000003 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | QWF68_17 | qwf68_17\NONAME-FAT12\Taha M. Bakhsh.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 7 | 1B137-000004 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | Floppy disk eighteen (18) floppy disks | QWF68_17 | qwf68_17\NONAME-FAT12\MONTHLYEXPENDITURES.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |

GOVERNMENT EXHIBIT
No. 295
Cr. No. 07-149 (RCL)

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 1B137-000005 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12IMONTHLY EXPENDITUR MAY31.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 9 | 1B137-000006 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12ISEMI EXPENDITURES.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 10 | 1B137-000007 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12IMONTHLY EXPENDITUR JUNE30.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 11 | 1B137-000008 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12ISEMI EXPENDITURES JULY 15.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 12 | 1B137-000009 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12IMONTHLY EXPENDITURE JULY 31.01.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 13 | 1B137-000010 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12ISEMI EXPENDITURES AUG 15.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 14 | 1B137-000011 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17NNONAME-FAT12ISEMI EXPENDITURES SEP 15.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 1B137-000012 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lMONTHLY EXPENDITUR AUGUST 31.01.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 16 | 1B137-000013 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lMONTHLY EXPENDITURSEPTEM BER 30.01.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 17 | 1B137-000014 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lSEMI EXPENDITURES OCT.15.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 18 | 1B137-000015 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lMONTHLY EXPENDITUR OCTOBER 31.01.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 19 | 1B137-000016 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lSEMI EXPENDITURES NOV.15.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 20 | 1B137-000017 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lMONTHLY EXPENDITUR NOVEMBER 30.01.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 21 | 1B137-000018 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 qwf68_17NNONAME-FAT12lSEMI EXPENDITURES DEC.15.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 22 | 1B137-000019 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17\NONAME-FAT12\MONTHLY EXPENDITUR DECEMBER 31,01.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 23 | 1B137-000020 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17\NONAME-FAT12\SEMI EXPENDITURES JAN 15,02.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 24 | 1B137-000021 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17\NONAME-FAT12\MONTHLY EXPENDITUR JANUARY 31,02.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 25 | 1B137-000022 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_17 | qwf68_17\NONAME-FAT12\SEMI EXPENDITURES FEB 15,02.wps | Schedule | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 26 | 1B137-000023 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 2,28,02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 27 | 1B137-000024 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 3,15,02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 28 | 1B137-000025 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY32,31,02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 1B137-000026 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 4.15.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 30 | 1B137-000027 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 4.30.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 31 | 1B137-000028 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 5.15.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 32 | 1B137-000029 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 5.31.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 33 | 1B137-000030 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 6.15.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 34 | 1B137-000031 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 6.30.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 35 | 1B137-000032 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 7.15.02.doc | Expenditures and Contract Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 1B137-000033 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 7.31.02.doc | Expenditures and Control Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 37 | 1B137-000034 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 8.15.02.doc | Expenditures and Control Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 38 | 1B137-000035 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 8.31.02.doc | Expenditures and Control Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 39 | 1B137-000036 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 9.15.02.doc | Expenditures and Control Empl. 2002 | 10/12/2006 Blue Line Travel, Inc. 5613 Leesburg Pike #21 Falls Church, VA | Found in small filing cabinet in Farzad Darui's office. |
| 40 | 1B137-000037 | 1B130 | CD containing images of loose media from 1B59, 1B60, 1B67, and 1B68. | 1B68 | One (1) compact disk (CD) and eighteen (18) floppy disks | Floppy disk QWF68_9 | qwf68_9\NONAME-FAT12\EXPENDITURES MONTHLY 9.30.02.doc DEWF20-1\Part_1\NONAME-FAT32\Documents and Settings\Win2K1\Accounts\Win2K1Accounts division bank statement six month.doc | Expenditures and Control Empl. 2002 | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |
| 41 | 1B138-000001 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | | N/A | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 1B138-000002 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | DEWF20-1\Part_1\NO NAME-FAT32\Documents and Settings\Win2k1\My Documents\AUTHORIZATION SPECIAL.doc | N/A | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |
| 43 | 1B138-000003 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | DEWF20-1\Part_1\NO NAME-FAT32\Documents and Settings\Win2k1\Application Data\Microsoft\Word\AutoRecovery Save of Document1.asd | N/A | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |
| 44 | 1B138-000004 - 1B138-000005 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | DEWF20-1\Part_1\NO NAME-FAT32\DriveFreeSpace1 242 | N/A | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |
| 45 | 1B138-000006 - 1B138-000007 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | DEWF20-1\Part_1\NO NAME-FAT32\DriveFreeSpace1 238 | N/A | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |
| 46 | 1B138-000008 - 1B138-000009 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | DEWF20-1\Part_1\NO NAME-FAT32\DriveFreeSpace1 552 | N/A | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |
| 47 | 1B138-000010 - 1B138-000011 | 1B56 | Hard drive containing image of hard drive removed from computer in 1B20. | 1B20 | One (1) unbranded Pentium 4 computer | Hard drive QWF20_1 | DEWF20-1\Part_1\NO NAME-FAT32\DriveFreeSpace1 238 | N/A | 09/28/2006 The Islamic Center 2551 Massachusetts Ave. Washington, D.C. | Found on floor of storage area adjacent to Farzad Darui's office. |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 1B139-000001 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\Center PO Box.doc | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 49 | 1B139-000002 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\MONTHLY EXPENDITURES 2.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 50 | 1B139-000003 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR MAY31.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 51 | 1B139-000004 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR JUNE 30.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 52 | 1B139-000005 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR JULY 31.01.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 53 | 1B139-000006 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR AUGUST 31.01.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 54 | 1B139-000007 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #1159135901 6U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_dd\Part|1\AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR SEPTEMBER 30.01.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 1B139-000008 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #11591359016U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_ddlPartl1AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR OCTOBER 31.01.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 56 | 1B139-000009 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #11591359016U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_ddlPartl1AP TIVA-FAT32\My Documents\SEMI EXPENDITURES NOV.15.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 57 | 1B139-000010 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #11591359016U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_ddlPartl1AP TIVA-FAT32\My Documents\SEMI EXPENDITURES DEC.15.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 58 | 1B139-000011 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #11591359016U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_ddlPartl1AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR DECEMBER 31.01.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |
| 59 | 1B139-000012 | 1B122 | Hard drive containing images from hard drives removed from computers in 1B62, 1B64, 1B65, 1B66, 1B89, and 1B90. | 1B90 | IBM Aptiva Computer, Serial #11591359016U0A F1VC3R | Hard drive QWF90_1 | QWF90_1_ddlPartl1AP TIVA-FAT32\My Documents\MONTHLY EXPENDITUR JANUARY 31.02.wps | N/A | 10/12/2006 Residence of Farzad Darui 3433 Malbrook Drive Falls Church, VA | Found under desk in loft office at Farzad Darui's residence. |

Kimberly J. Klaiber
Page 1 of 3

# CURRICULUM VITAE



### Kimberly J. Klaiber, PhD

Federal Bureau of Investigation
Washington Field Office
Computer Analysis Response Team
Northern Virginia Resident Agency
9325 Discovery Boulevard
Manassas, Virginia 20109
PHONE: 703-686-6877
FAX: 703-686-6864

## PROFESSIONAL EXPERIENCE

Feb 2007 – present   **Computer Forensic Examiner/Special Agent**
Federal Bureau of Investigation
Computer Analysis Response Team (CART)
Washington, D.C.

Conduct forensic examinations of digital evidence, as dictated by a documented quality assurance program and in adherence to standard operating procedures; participate in search and seizure operations.

July 2001 – Feb 2007   **Special Agent**
Federal Bureau of Investigation
Washington, D.C.

Conducted criminal investigations involving a wide variety of federal violations to include Violent Crimes, Street Gangs, Crimes Against Children, Foreign Counterintelligence, and Domestic Terrorism.

Dec 1998 – July 2001   **Supervisory Special Agent**
FBI Laboratory
Federal Bureau of Investigation
Hazardous Materials Response Unit
FBI Academy
Quantico, Virginia

Acted as Chemistry Program Manager, supervised and trained unit scientists, coordinated and participated in the FBI's response to terrorism cases involving Chemical, Biological, and Nuclear Weapons, and participated in Research & Development activities.

Oct 1995 – Dec 1998   **Special Agent**
Federal Bureau of Investigation
Chicago, Illinois

Conducted criminal investigations involving a wide variety of federal violations to include Violent Crimes, Street Gangs, Drug Trafficking, and Property Crimes.

June 1995 – Oct 1995   **Special Agent Trainee**
FBI Academy
Quantico, Virginia

Kimberly J. Klaiber
Page 2 of 3

May 1994 – May 1995   **Senior Research Associate**
Arthur G. James Cancer Hospital
Ohio State University
Columbus, Ohio

Conducted research activities, supervised and trained Research Assistant, and managed laboratory.

Oct 1991 – May 1994   **Senior Research Associate**
The Wexner Research Institute
Children's Hospital
Columbus, Ohio

Conducted research activities and managed laboratory.

## EDUCATION

Sept 1986 – Oct 1991   **Brandeis University**
Waltham, Massachusetts
Doctorate of Philosophy in Biochemistry

Sept 1982 – June 1986   **Ohio University**
Athens, Ohio
Bachelor of Science in Chemistry
Magna Cum Laude

## PROFESSIONAL TRAINING

| Date | Training |
|---|---|
| Nov 2007 | *FBI Basic Wintel Certification Training Practicals*, Stafford, VA (5 days) |
| Sept 2007 | *Network + Certification Class*, New Horizons, McLean, VA (3 days) |
| Aug 2007 | *FTK Boot Camp*, Access Data, Harrisonburg, VA (3 days) |
| April 2007 | *Basic Data Recovery and Analysis*. National White Collar Crime Center, Baltimore, MD (4 days) |
| March 2007 | *A+ Certification Class*, Kentucky Regional Computer Forensic Laboratory, Louisville, KY (10 days) |

## CERTIFICATIONS & AWARDS

| Date | Award |
|---|---|
| April 2008 | FBI CART Forensic Examiner Certification |
| March 2008 | Net+ Certification – CompTIA |
| June 2007 | A+ Certification – CompTIA |
| April 2007 | BDRA Certification – National White Collar Crime Center |
| March 2007 | 2007 Public Service Award – United States Attorney's Office, Eastern District of Virginia |
| Aug 2006 | Time Off Award – FBI |
| Nov 2003 | On the Spot Award – FBI |

Kimberly J. Klaiber
Page 3 of 3

| | |
|---|---|
| Feb 2000 | Letter of Commendation – FBI |
| Jan 2000 | Incentive Award – FBI |
| March 1998 | Incentive Award – FBI |