UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**
)
)
)
)
vs.              )        Civil/(Criminal) No. __07-149__
)
)
**FARZAD DARUI**        )

NOTE FROM JURY

Honorable R. Lamberth,

We received evidence marked "Proffered, but not in evidence. Should we consider/view Please advise. Thank you in advance.

Date: 5/21/08

Time: 4:02 pm

FOREPERSON

CO-109A