UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.    Civil/Criminal No. **07-149**

**FARZAD DARUI**

### NOTE FROM JURY

Honorable R. C. Lamberth,

If we find the defendant not guilty on count 9 (theft) Must we find him not guilty on all other counts. Please Advise.

Date: 5/22/08.

FOREPERSON

Time: 10:50

CO-109A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**UNITED STATES OF AMERICA**
)
)
)
)
vs.   )   Civil/(Criminal) No. **07-149**
)
)
)
**FARZAD DARUI**   )

NOTE FROM JURY

Honorable R.C. Lamberth,

At this juncture we believe that we are hung. It is impossible for us to agree on any parts of the counts that we have reviewed thus far. We have been unable to ~~~~ agree on any one count

Date: 11:05 AM

Time: 5/22

FOREPERSON

CO-109A

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**
)
)
)
)
vs. ) Civil/Criminal No. **07-149**
)
)
)
**FARZAD DARUI** )

NOTE FROM JURY

Honorable R. C. Lamberth,
Please start further clarify (outline)
consent. p29 Final sentence of p 28,
p 29 "Final Jury Instructions

Date: 5/22

FOREPERSON

Time: 3:22

CO-109A