UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 22 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 07-149 (RCL)<br>FARZAD DARUI, )<br>)<br>Defendant. )<br>) | |

## NOTE TO JURY

This note is in response to your note as to whether you must find the defendant not guilty on all other counts if you find him not guilty of Count 9. As I stated on pages 29–30 of my instructions, "[t]he fact that you may find the defendant guilty or not guilty on any one count of the indictment should not influence your verdict with respect to any other count of the indictment."

_____    _5/22/08_   10:10 a.m.
Chief Judge Royce C. Lamberth        Date