UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 07-149 (RCL)<br>FARZAD DARUI, )<br>)<br>Defendant. )<br>) | |

FILED

MAY 27 2008

Clerk, U.S. District and
Bankruptcy Courts

### ORDER

The trial of this matter having been completed, it is hereby

ORDERED, that the questionnaires completed by potential jurors shall be filed under seal with the Clerk of Court; and it is further

ORDERED, that they shall remain under seal pending further order of this Court.

SO ORDERED.

_____          5/27/08
United States District Judge Royce C. Lamberth          Date