UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.

**FARZAD DARUI**

~~Civil~~/Criminal No. 07-149

Honorable R. C. Lamberth,

NOTE FROM JURY

If we find that consent was given, must we find him NOT guilty on all other charges.

P. 28-29 "Evidence has been introduced that the complainant may have consented to the defendants actions. If the complainant voluntarily consented to the actions, or the defendant reasonably believed the complainant was consenting, the crimes charged in the superceding indictment have not been committed." The complainant may express consent in words, or the complainant's actions or inaction may imply consent. The gov. must prove beyond a reasonable doubt that the complainant did not consent to the acts, or the complainant's →OVER.

Date: 5/23/08

FOREPERSON

Time: 11:00

CO-109A

Consent was not voluntary. If the government fails to prove there was no voluntary consent, you must find the defendant not guilty."

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.

**FARZAD DARUI**

Civil/Criminal No. **07-149**

NOTE FROM JURY

~~Doe~~ Honorable R.C. Lamberth,
~~Does~~ the language on P 28/29 addressing consent and authorization. Does it only apply to count (9) or ~~other charges?~~ any of the other charges?

Date: 5/23/08

Time: 11:05

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAY 2 3 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

vs.

**FARZAD DARUI**

~~Civil~~/Criminal No. __07-149__

NOTE FROM JURY

Honorable R. C. Lamberth,
 If we find the the funds were indeed stolen; why is CONSENT a factor?

Date: 5/23/08

Time: 11:06.

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 23 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**
)
)
)
)
vs.  )    ~~Civil~~/Criminal No. __07-149__
)
)
)
**FARZAD DARUI**  )

NOTE FROM JURY

Hon. R.C. Lamberth,
Should common sense override a lack of evidence?

Date: 5/23/08.

Time: 11:15.

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 23 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**           )
                                       )
                                       )
                                       )
              vs.                      )   ~~Civil~~/Criminal No. **07-149**
                                       )
                                       )
       **FARZAD DARUI**                )

### NOTE FROM JURY

Honorable Judge Lamberth,
Juror 1424. I would like to call in one of the other alternates to replace me. We are not doing anything in accordance with evidence, testimony, instructions or otherwise. We have not begun the process to do the work to determine a unanamous vote. Thank you,

Date: 5/23/08

Time: 11:55

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 23 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
)
)
)
vs. )   ~~Civil~~/Criminal No. 07-149
)
)
FARZAD DARUI )

NOTE FROM JURY

Honorable R. C Lamberth.

If a portion of the jury believes the defendant to be guilty regardless of consent on any/all charges. Are there further instructions that you could provide us.?

Date: 5/23

FOREPERSON

Time: 12:30

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America )
)
)
vs. )   ~~Civil~~/Criminal No. 07-149.
)
Forhad Parui )
       Defendant. )

Honorable R. C. Lamberth, NOTE FROM JURY

We regret to inform you that in the superseding indictment there is complete and total disagreement on all counts. All jurors have fairly and impartially considered the direct and circumstantial evidence to the best of each individuals reasoning and experience in life. We have not been able to see eye to eye in accordance with the court's instructions. We are unanimous that we are HUNG! We would like to be excused at this juncture.

Date: 5/23/08

Time: 2:45 pm

✓ FOREPERSON

CO-109A