UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 07-149 (RCL)
FARZAD DARUI, )
)
    Defendant. )
)

## NOTE TO JURY

The Court responds to your various notes as follows:

As to your 11:00 note, the consent instruction must be considered along with the authorization instruction and the good faith instruction, and all of the Court's other instructions.

As to your 11:05 note, the language in the consent and authorization instructions applies to all of the charges.

As to your 11:06 note, if consent was given, the money was not wrongfully obtained under the theft statute set forth on page 25 of the instructions.

As to your 11:15 note, you must consider all of the evidence, or lack thereof, in the light of your experience in life, and in accordance with all of the Court's instructions to decide whether the government has proven that the defendant is guilty beyond a reasonable doubt of each count charged.

Finally, as to your 11:55 note, an alternate juror can only be seated if a medical or other emergency causes a jury to be replaced. Disagreement with other jurors cannot cause a juror to be replaced.

_____    5/23/08  12:25 p.m.
Chief Judge Royce C. Lamberth            Date