UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 07-149 (RCL) |
| FARZAD DARUI, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTE TO JURY

In response to your note signed at 12:30 p.m., all jurors must fairly and impartially

consider all of the evidence in light of all of the Court's instructions.

_____
Chief Judge Royce C. Lamberth

_5/23/08_    _2:15 p.m._
Date

2