CLERK
US DISTRICT & BANKRUPTCY
COURTS

2008 JUN -2 PM 4: 13

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-cr-00149-RCL |
| | ) | |
| FARZAD DARUI, | ) | **FILED** |
| | ) | |
| Defendant. | ) | JUN - 2 2008 |

**NOTICE OF APPEAL**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice is hereby given that FARZAD DARUI, defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from an order denying a motion for judgment of acquittal at the close of the government's case-in-chief and from an order denying a motion for judgment of acquittal at the close of all the evidence, and from an order declaring a mistrial entered in this action on the 23rd day of May, 2008.

FARZAD DARUI

By: _____
Victoria Toensing (DC Bar #304980)
Joseph diGenova
Brady Toensing
diGENOVA & TOENSING, LLP
1776 K Street, N.W., Suite 737
Washington, D.C. 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant

By: _____
Aaron S. Book (DC Bar # 490815)
Steven T. Webster (admitted *pro hac vice*)
WEBSTER BOOK LLP
1 North King Street
Leesburg, Virginia 20176
703-779-8229
703-991-9178 (fax)
Counsel for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2008, I filed the foregoing with the Clerk of Court of the United States District Court for the District of Columbia in person. A copy of the foregoing was also sent to the following by first class mail and facsimile:

Ronald Sharpe, Esq.
Tejpal Chawla, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

_____
Victoria Toensing