6/4/08

**DATE**

TO: Clerk, U.S. Court of Appeals
Re: (Criminal)/Civil/Miscellaneous   No. 07-149   TITLE: USA v Farzad Darui

USCA No. **08-3050**

APPEAL FILED BY: _____
                        Party(ies)

1. [X]  Attached are copies of the notice of appeal and docket entries in the above captioned case pursuant to Rule 3(d), Fed.R.App.P.

2. [X]  The Court of Appeals docketing fee was paid on 6/2/08.

3. ( )  The Court of Appeals docketing fee was not paid because: (check one)

   _____  Appeal by the Government
   _____  In Forma Pauperis
   _____  The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been filed.
   _____  This case was proceeding on a paid basis in the District Court but a motion to proceed In Forma Pauperis was filed and is now pending; another notice will be transmitted when the judge issues a ruling.
   _____  No fee required pursuant to Rule 4(a)(4), Fed.R.App.P. The fee was previously paid in USCA No. _____.

4. ( )  In Forma Pauperis motion or request was GRANTED. (See attached)

5. ( )  In Forma Pauperis motion was DENIED or In Forma Pauperis status was REVOKED. (See attached)

6. ( )  Transcript was ordered. (See attached)

7. ( )  Expedition of this case is requested by District Court Judge. (See attached.

8. ( )  Motion to dismiss appeal. (Attached)

9. ( )  Other _____

Clerk, U.S. District Court

By _____
Deputy Clerk

FILED JUN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 13 2008
CLERK

USCA Form D
USDC CO-940
Rev 8/94