**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 07-CR-0149 (RCL)** |
| | **:** | |
| **FARZAD DARUI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, pursuant to Fed. R. Crim. P. 45(b), and for good cause shown, hereby respectfully moves for an enlargement of time of nine days, up to and including June 27, 2008, in which oppose Defendant Farzad Darui's Motion for Judgment of Acquittal (Dkt. No.107). The government's opposition was due on June 16, 2008. The United States seeks this enlargement of time on the following grounds:

1.      Defendant has raised issues in his motion that rely on the recent Supreme Court decision in the case of United States v. Santos, 128 S.Ct. 2020 (2008). To date, the Criminal Division of Department of Justice has not issued a directive regarding the government's position pertaining to the definition of "proceeds" in the money laundering context in the wake of Santos. The United States Attorney's Office expects such guidance to be imminently forthcoming. As such, the government failed to file its opposition to defendant's motion prior to the June 16, 2008, filing deadline.

2.      On June 18, 2008, the undersigned Assistant United States Attorney contacted defense counsel and advised defense counsel of the government's intention to file this motion.

3.     On June 18, 2008, defense counsel informed the undersigned Assistant United States Attorney that it does not oppose the government's request for an enlargement of time within which to file its opposition.

For the reasons cited above, the United States respectfully requests that the enlargement of time of nine days, up to and including June 27, 2008, in which to oppose defendant's motion for judgment of acquittal (Dkt. No.107) be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:     _____/s/_____
        Tejpal S. Chawla, D.C. Bar No. 464012
        Ronald W. Sharpe, D.C. Bar. No. 434575
        Assistant United States Attorneys
        555 4th Street, NW
        Room 5828
        Washington, D.C. 20530
        (202) 353-2442 (Chawla)
        (202) 353-9460 (Sharpe)

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 07-CR-0149 (RCL)** |
| | : | |
| **FARZAD DARUI,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER</u>

UPON CONSIDERATION of Government's Unopposed Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this \_\_\_\_ day of June, 2008, hereby,

ORDERED, that Government's Unopposed Motion for Enlargement of Time is hereby GRANTED.

_____            _____
DATE                                                                ROYCE C. LAMBERTH
                                                                       U.S. DISTRICT COURT JUDGE