UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Crim. No. 1:07-cr-00149-RCL |
| | ) |
| FARZAD DARUI, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FARZAD DARUI'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO THE MOTION FOR A JUDGMENT OF ACQUITTAL**

Defendant Farzad Darui, by counsel, pursuant to Fed. R. Crim. P. 45(b), and for good cause shown, moves this Court for a one-week enlargement of time, up to and including July 9, 2008, in which to reply to the Government's opposition to Defendant's Motion for a Judgment of Acquittal (Dkt. No.111). Darui seeks an extension for the following reasons:

1. On June 4, 2008, Defendant filed his Motion for a Judgment of Acquittal (Dkt. 107). On June 18, 2008, Defendant consented to the Government's request for a nine-day extension in which to file its opposition to the motion (Dkt. 110). As a result of the extension, Defendant's reply was due on July 2, 2008.

2. Counsel for Defendant who were responsible for preparing the reply were out of town the week of June 30 – July 4 and unable to file a reply on behalf of Defendant; therefore, counsel sought the Government's consent for a one-week extension of time in which to file a reply.

3. On July 1, 2008, defense counsel contacted the Government and advised it of its intent to file this motion. The Government indicated that it did not oppose such a motion or a one-week extension.

4.    Counsel for defendant, who was out of town at the time the Government consented to the extension, inadvertently neglected to file this motion for an extension of time on July 1, 2008, and requests that the motion be granted pursuant to Fed. R. Crim. P. 45(b)(1)(B).

WHEREFORE, for the reasons stated above, Defendant respectfully requests the enlargement of time until and including July 9, 2008, in which to reply to the Government's opposition to Defendant's Motion for a Judgment of Acquittal. A proposed order is included with this Motion.

FARZAD DARUI

By: _____
Victoria Toensing (DC Bar No. 304980)
diGENOVA & TOENSING, LLP
1776 K Street NW, Suite 737
Washington, DC 20006
(202) 289-7701
(202) 289-7706 (fax)
Counsel for Defendant

By: /s/ Aaron S. Book
Aaron S. Book (DC Bar No. 490815)
Steven T. Webster (admitted *pro hac vice*)
1 North King Street
Leesburg, VA 20176
(703) 779-8229
(703) 991-9178 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Ronald W. Sharpe, Esq.
Tejpal S. Chawla, Esq.
Assistant United States Attorneys
555 Fourth Street, NW, Room 8232
Washington, D.C. 20530


_____

Aaron S. Book

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00149-RCL |
| ) | |
| FARZAD DARUI, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is ORDERED, that Defendant's Unopposed Motion for Enlargement of Time is GRANTED, and that Defendant shall have up until and including July 9, 2008, in which to file his reply to the Government's Opposition to Defendant's Motion for a Judgment of Acquittal.

Entered this _____ day of July, 2008.

_____
Royce C. Lamberth,
United States District Judge