UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) Crim. No. 1:07-cr-00149-RCL |
| FARZAD DARUI, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is ORDERED, that Defendant's Unopposed Motion for Enlargement of Time is GRANTED, and that Defendant shall have up until and including July 9, 2008, in which to file his reply to the Government's Opposition to Defendant's Motion for a Judgment of Acquittal.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 9, 2008.

FILED JUL 09 2008 Clerk, U.S. District and Bankruptcy Courts