# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 08-3050** | **September Term 2007** |
| | 1:07-cr-00149-RCL-1 |
| | **Filed On:**  August 4, 2008 |

United States of America,

    Appellee

    v.

Farzad Darui,

    Appellant

FILED
AUG - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    **BEFORE:**    Henderson, Randolph, and Brown, Circuit Judges

### O R D E R

    Upon consideration of the motion to dismiss for lack of jurisdiction, the opposition thereto, and the reply, it is

    **ORDERED** that the motion to dismiss for lack of jurisdiction be granted. Because the district court has not yet ruled on appellant's double jeopardy claim, there is no final or collateral order of the district court to review. See 28 U.S.C. § 1291 (establishing the jurisdiction of courts of appeals to review "all final decisions" of the district courts in criminal and civil cases); Doe v. Exxon Mobil Corp., 473 F.3d 345, 349 (D.C. Cir. 2007) (stating the requirement that a collateral order must "conclusively determine the disputed question").

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:    /s/
                            Cheri Carter
                            Deputy Clerk